AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| DANIELLE GAMINO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>KPC HEALTHCARE HOLDINGS, INC., KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, ALERUS FINANCIAL, N.A., (see attachment #1)<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:20-cv-01126-JGB-SHKx<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KPC HEALTHCARE HOLDINGS, INC.
6800 Indiana Avenue, Suite 130
Riverside CA 92506

(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DONAHOO & ASSOCIATES, PC
Richard E. Donahoo
440 W. First Street, Suite 101
Tustin, CA 92780

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/2/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Richard E. Donahoo (SBN 186957)
DONAHOO & ASSOCIATES, PC.
440 W. First Street, Suite 101
Tustin, CA 92780
Tel: (714) 953-1010
Email: rdonahoo@donahoo.com

*Counsel for the Plaintiff*
*[additional counsel listed below]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DANIELLE GAMINO, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>KPC HEALTHCARE HOLDINGS, INC., KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, ALERUS FINANCIAL, N.A., KALI PRADIP CHAUDHURI, KALI PRIYO CHAUDHURI, AMELIA HIPPERT, WILLIAM E. THOMAS, LORI VAN ARSDALE<br><br>      Defendants<br><br>and<br><br>KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN<br><br>      Nominal Defendant | Case No.:<br><br>**COMPLAINT FOR VIOLATIONS OF ERISA**<br><br>**CLASS ACTION** |

CLASS ACTION COMPLAINT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DANIELLE GAMINO v. ALERUS FINANCIAL, N.A., et al.

ATTACHMENT #2 TO SUMMONS

KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE

at 6800 Indiana Avenue, Suite 130, Riverside CA 92506

ALERUS FINANCIAL, N.A.

c/o Richard Joseph, Agent for Service of Process

160 North Riverview Drive, Suite 200

Anaheim Hills, CA 92808

KALI PRADIP CHAUDHURI,

9 KPC Parkway, Suite 301, Corona, CA 92879

KALI PRIYO CHAUDHURI,

9 KPC Parkway, Suite 301, Corona, CA 92879

AMELIA HIPPERT,

9 KPC Parkway, Suite 301, Corona, CA 92879

WILLIAM E. THOMAS,

9 KPC Parkway, Suite 301, Corona, CA 92879

LORI VAN ARSDALE

9 KPC Parkway, Suite 301, Corona, CA 92879