# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION AT RIVERSIDE

| | |
|---|---|
| DANIELLE GAMINO, individually and on and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KPC HEALTHCARE HOLDINGS, INC., KPC HEALTHCARE, INC., EMPLOYEES STOCK OWNERSHIP PLAN COMMITTEE, ALERUS FINANCIAL, N.A., KALI PRADIP CHAUDHURI, KALI PRIYO CHAUDHURI, AMELIA HIPPERT, WILLIAM E. THOMAS, LORI VAN ARSDALE,<br><br>    Defendants,<br><br>    and<br><br>KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>    Nominal Defendant. | CASE NO. 5:20-cv-01126-JGB-SHKx<br><br>HON. JESUS G. BERNAL<br>CTRM.: 1<br><br>**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION(S) IN RESPONSE TO INITIAL COMPLAINT** |

Pending before this Court is a Stipulation Regarding Briefing Schedule for Defendants' Motion(s) in Response to Initial Complaint ("Stipulation") filed on July 30, 2020 by Plaintiff Danielle Gamino ("Plaintiff") and Defendants KPC Healthcare Holdings, Inc., KPC Healthcare, Inc., Employees Stock Ownership Plan Committee, Kali Pradip Chaudhuri, Kali Priyo Chaudhuri, Amelia Hippert, William E. Thomas, Lori Van Arsdale, Alerus Financial, N.A., and Nominal Defendant KPC Healthcare, Inc., Employee Stock Ownership Plan (collectively "Defendants" and collectively with Plaintiff, the "Parties"). Upon consideration of the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is GRANTED as follows:

1. To the extent that Defendants respond to the Complaint by motion(s), Defendants will set any hearings on the motion so as to allow Plaintiff at least 28 days to respond to such motion(s).

2. At the time that Defendants confer with Plaintiff's counsel pursuant to Local Rule 7-3, counsel for Defendants will propose hearing dates on any such motion.

3. To the extent that Defendants file more than one motion to dismiss, Plaintiff may file a consolidated opposition (with a commensurate page extension that will not exceed the number of pages otherwise allowed for two separate oppositions).

4. Plaintiff shall file her opposition(s) to Defendants' motion(s) no later than 28 days before the hearing.

5. Defendants shall file their reply brief(s) in support of their motion(s) no later than 14 days before the hearing.

///
///
///
///
///

1

ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION(S) IN RESPONSE TO INITIAL COMPLAINT

6. So long as the Defendant KPC Healthcare, Inc., Employee Stock Ownership Plan ("the ESOP") remains a nominal party, the ESOP will not be required to respond to the Complaint.

IT IS SO ORDERED.

DATED: July 30, 2020

_____
Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE