LARS GOLUMBIC (*Pro Hac Vice pending*)
GROOM LAW GROUP
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 857-0620
Fax: (202) 659-4503
Email: lgolumbic@groom.com

ANDREW J. WAXLER (SBN 113682)
KAUFMAN DOLOWICH & VOLUCK LLP
11755 Wilshire Blvd., Ste. 2400
Los Angeles, California 90025
Telephone: (310) 775-6511
Facsimile: (310) 575-9720
Email: awaxler@kdvlaw.com

Attorneys for Defendant
ALERUS FINANCIAL, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| DANIELLE GAMINO, individually and on and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KPC HEALTHCARE HOLDINGS, INC., KPC HEALTHCARE, INC., EMPLOYEES STOCK OWNERSHIP PLAN COMMITTEE, ALERUS FINANCIAL, NA.A., KALI PRADIP CHAUDHURI, KALI PRIYO CHAUDHURI, AMELIA HIPPERT, WILLIAM E. THOMAS, LORI VAN ARSDALE,<br><br>　　　　Defendants.<br>and<br><br>KPC HEALTHCCARE, INC. EMPOYEE STOCK OWNERSHIP PLAN,<br>　　　　Nominal Defendant | Case No. 5:20-cv-01126-JGB-SHK<br><br>HON. JESUS G BERNAL<br><br>**NOTICE OF APPEARANCE** |

///

1

**NOTICE IS HEREBY GIVEN** of the entry of the undersigned as counsel for Defendant ALERUS FINANCIAL, N.A. in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be served upon:

> Andrew J. Waxler, Esq.
> awaxler@kdvlaw.com
> KAUFMAN DOLOWICH & VOLUCK LLP
> 11755 Wilshire Boulevard, Suite 2400
> Los Angeles, California 90025
> Telephone: (310) 775-6511
> Facsimile: (310) 575-9720

I, Andrew J. Waxler, hereby provide this Notice of Appearance to the Court and request the Court take notice.

My firm, Kaufman Dolowich & Voluck LLP, has made an appearance in the above-entitled action. I request to be added as counsel of record for Defendant ALERUS FINANCIAL, N.A.

Dated: August 19, 2020   KAUFMAN DOLOWICH & VOLUCK LLP

By: /s/ Andrew J. Waxler
ANDREW J. WAXLER
Attorneys for Defendant
ALERUS FINANCIAL, N.A.

4825-1191-2648, v. 1

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
COUNTY OF LOS ANGELES )

    I am employed in Los Angeles County.  My business address is 11755 Wilshire Blvd., Suite 2400, Los Angeles, CA 90025, where this mailing occurred.  I am over the age of 18 years and am not a party to this cause.  I am readily familiar with the practices of KAUFMAN DOLOWICH & VOLUCK LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

    On August 19, 2020, I served the foregoing documents on the interested parties in this action entitled as follows:

## NOTICE OF APPEARANCE

[XX]  by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED SERVICE LIST

[  ]  (**BY MAIL**)  I placed such envelope for collection and mailing on this date following ordinary business practices.

[XX] (**BY E-MAIL ELECTRONIC TRANSMISSION**)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated on the attached list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was incomplete or unsuccessful.

[XX] (**BY THE COURT'S ECF SYSTEM**):  I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, on all ECF-registered parties in the action.

[  ]  (**BY FEDEX**)  I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to *C.C.P*. § 1005(b)).  Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, FedEx) on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[XX] (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

Executed on August 19, 2020, at Los Angeles, California.

                                                  */s/ Susan Carty*
                                                  Susan Carty

# SERVICE LIST
*Danielle Gamino v. KPC Healthcare Holdings, et al.*
**United States District Court Case No. 5:20-cv-01126-JGB-SHK**

| *Attorneys for Plaintiff* **Danielle Gamino** | *Attorneys for Defendants* **KPC Healthcare Holdings, Inc.; KPC Healthcare, Inc., Employees Stock Ownership Plan Committee, Kali Pradip Chaudhuri, Kali Priyo Chaudhuri, Amelia Hippert, William E. Thomas and Lori Van Arsdale** |
|---|---|
| Robert J. Barton<br>Colin M. Downes *Pro Hac Vice*<br>BLOCK AND LEVITON LLP<br>1735 20th Street NW<br>Washington, CA 20009<br>Phone: (202) 734-7046<br>Fax: (617) 507-6020<br>Email: jbarton@blockleviton.com<br>Email: colin@blockesq.com<br><br>Richard E. Donahoo<br>William E. Donahoo<br>Sarah L. Kokonas<br>DONAHOO AND ASSOCIATES PC<br>440 West First Street, Suite 101<br>Tustin, CA 92780<br>Phone: (714) 953-1010<br>Fax: (714) 953-1777<br>Email: rdonahoo@donahoo.com<br>Email: wdonahoo@donahoo.com<br>Email: skokonas@donahoo.com | Theodore M. Becker *(Pro Hac Vice admitted)*<br>Richard Pear *(Pro Hac Vice admitted)*<br>Maria Rodriguez<br>MCDERMOTT WILL & EMERY LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Phone: (310) 277-4110<br>Fax: (310) 277-4730<br>Email: tbecker@mwe.com<br>Email: rpearl@mwe.com<br>Email: mcrodriguez@mwe.com |
| *Attorneys for Defendant* **Alerus Financial, N.A.**<br><br>*Via Email*<br>Lars Golumbic *(Pro Hac Vice pending)*<br>GROOM LAW GROUP<br>1701 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Phone: (202) 857-0620<br>Fax: (202) 659-4503<br>Email: lgolumbic@groom.com | |