Lars C. Golumbic, admitted *pro hac vice*
Sarah M. Adams, admitted *pro hac vice*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
Email: lgolumbic@groom.com
         sadams@groom.com

Andrew J. Waxler (SBN 113682)
KAUFMAN DOLOWICH & VOLUCK LLP
11755 Wilshire Blvd., Suite 2400
Los Angeles, CA 90025
Tel: (310) 775-6511
Fax: (310) 575-9720
Email: awaxler@kdvlaw.com

Counsel for Defendant ALERUS FINANCIAL,
N.A.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE GAMINO, | Case No. 5:20-cv-01126-JGB-SHK |
| Plaintiff, | **DEFENDANT ALERUS FINANCIAL, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| KPC Healthcare Holdings, Inc., et al., | |
| Defendants. | Date: November 2, 2020 |
| | Time: 9:00 a.m. |
| | Judge: Hon. Jesus G. Bernal |
| | Courtroom: Riverside, Courtroom 1 |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 2, 2020 at 9:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 1 of the United States District Court for the Central District of California at 3470 Twelfth Street, Riverside, CA 92501-3801, Defendant Alerus Financial N.A. will and hereby do move to dismiss Counts I and III of Plaintiff's Complaint with prejudice.

The Court should dismiss Counts I and III of Plaintiff's Complaint because Plaintiff fails to state a claim. This motion is brought pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) and is based on the Complaint, this Notice of Motion and Motion to Dismiss, the supporting Memorandum of Points and Authorities, the records on file with the Court, and any further materials that may be presented at the hearing on this matter.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on Thursday, August 13, 2020.

Dated: September 3, 2020

/s/ Andrew J. Waxler
Andrew J. Waxler (SBN 113682)
KAUFMAN DOLOWICH &
VOLUCK LLP
11755 Wilshire Blvd., Suite 2400
Los Angeles, CA 90025
Tel: (310) 775-6511
Fax: (310) 575-9720
Email: awaxler@kdvlaw.com

Lars C. Golumbic, admitted *pro hac vice*
Sarah M. Adams, admitted *pro hac vice*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
Email: lgolumbic@groom.com
        sadams@groom.com

COUNSEL FOR DEFENDANT
ALERUS FINANCIAL, N.A.

4810-6216-2122, v. 1

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA         )
COUNTY OF LOS ANGELES )

     I am employed in Los Angeles County.  My business address is 11755 Wilshire Blvd., Suite 2400, Los Angeles, CA 90025, where this mailing occurred.  I am over the age of 18 years and am not a party to this cause.  I am readily familiar with the practices of KAUFMAN DOLOWICH & VOLUCK LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

     On September 3, 2020, I served the foregoing documents on the interested parties in this action entitled as follows:

**DEFENDANT ALERUS FINANCIAL, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

[XX] by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

[   ] (**BY MAIL**)  I placed such envelope for collection and mailing on this date following ordinary business practices.

[XX] (**BY E-MAIL ELECTRONIC TRANSMISSION**)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated on the attached list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was incomplete or unsuccessful.

[XX] (**BY THE COURT'S ECF SYSTEM**):  I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, on all ECF-registered parties in the action.

[   ] (**BY FEDEX**)  I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to *C.C.P.* § 1005(b)).  Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, FedEx) on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[XX] (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

     Executed on September 3, 2020, at Los Angeles, California.

*/s/ Susan Carty*
Susan Carty

**SERVICE LIST**

*Danielle Gamino v. KPC Healthcare Holdings, et al.*
**United States District Court Case No. 5:20-cv-01126-JGB-SHK**

| | |
|---|---|
| *Attorneys for Plaintiff*<br>*Danielle Gamino*<br>Robert J. Barton<br>Colin M. Downes *Pro Hac Vice*<br>BLOCK AND LEVITON LLP<br>1735 20th Street NW<br>Washington, CA 20009<br>Phone: (202) 734-7046<br>Fax:  (617) 507-6020<br>Email: jbarton@blockleviton.com<br>Email: colin@blockesq.com<br><br>Richard E. Donahoo<br>William E. Donahoo<br>Sarah L. Kokonas<br>DONAHOO AND ASSOCIATES PC<br>440 West First Street, Suite 101<br>Tustin, CA 92780<br>Phone: (714) 953-1010<br>Fax:  (714) 953-1777<br>Email: rdonahoo@donahoo.com<br>Email: wdonahoo@donahoo.com<br>Email: skokonas@donahoo.com | *Attorneys for Defendants*<br>*KPC Healthcare Holdings, Inc.; KPC*<br>*Healthcare, Inc., Employees Stock*<br>*Ownership Plan Committee, Kali Pradip*<br>*Chaudhuri, Kali Priyo Chaudhuri,*<br>*Amelia Hippert, William E. Thomas and*<br>*Lori Van Arsdale*<br><br>Theodore M. Becker *(Pro Hac Vice*<br>*admitted)*<br>Richard Pear *(Pro Hac Vice admitted)*<br>Maria Rodriguez<br>MCDERMOTT WILL & EMERY LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Phone: (310) 277-4110<br>Fax:  (310) 277-4730<br>Email: tbecker@mwe.com<br>Email: rpearl@mwe.com<br>Email: mcrodriguez@mwe.com |
| *Attorneys for Defendant*<br>*Alerus Financial, N.A.*<br><br>*Via Email*<br>Lars Golumbic *(Pro Hac Vice)*<br>Sarah M. Adams *(Pro Hac Vice)*<br>GROOM LAW GROUP<br>1701 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Phone:  (202) 857-0620<br>Fax:  (202) 659-4503<br>Email: lgolumbic@groom.com<br>Email: sadams@groom.com | |