Lars C. Golumbic, admitted *pro hac vice*
Sarah M. Adams, admitted *pro hac vice*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
Email: lgolumbic@groom.com
       sadams@groom.com

Andrew J. Waxler (SBN 113682)
KAUFMAN DOLOWICH & VOLUCK LLP
11755 Wilshire Blvd., Suite 2400
Los Angeles, CA 90025
Tel: (310) 775-6511
Fax: (310) 575-9720
Email: awaxler@kdvlaw.com

Counsel for Defendant ALERUS FINANCIAL, N.A.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE GAMINO,<br><br>  Plaintiff,<br><br>  v.<br><br>KPC Healthcare Holdings, Inc., et al.,<br><br>  Defendants. | No. 5:20-cv-01126-JGB-SHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ALERUS FINANCIAL, N.A.'S MOTION TO DISMISS**<br><br>Date: November 2, 2020<br>Time: 9:00 a.m.<br>Judge: Hon. Jesus G. Bernal<br>Courtroom: Riverside, Courtroom 1 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

This matter having come before the Court on Defendant ALERUS FINANCIAL, N.A.'s ("Alerus") Motion to Dismiss Plaintiff Danielle Gamino's ("Plaintiff") Complaint pursuant to Fed. R. Civ. P. 12(b)(6), the Court having considered Alerus's motion and any opposition, and supporting documents thereto, and having heard arguments of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

Counts I and III of Plaintiff's Complaint are dismissed with prejudice for failure to state a claim.

**IT IS SO ORDERED.**

Dated: _____                  _____
                                        Honorable Jesus G. Bernal
                                        UNITED STATES DISTRICT JUDGE

4830-1480-7242, v. 1

1

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
COUNTY OF LOS ANGELES )

I am employed in Los Angeles County. My business address is 11755 Wilshire Blvd., Suite 2400, Los Angeles, CA 90025, where this mailing occurred. I am over the age of 18 years and am not a party to this cause. I am readily familiar with the practices of KAUFMAN DOLOWICH & VOLUCK LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On September 3, 2020, I served the foregoing documents on the interested parties in this action entitled as follows:

**[PROPOSED] ORDER GRANTING DEFENDANT ALERUS FINANCIAL, N.A.'S MOTION TO DISMISS**

[XX] by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ] (**BY MAIL**) I placed such envelope for collection and mailing on this date following ordinary business practices.

[XX] (**BY E-MAIL ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated on the attached list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was incomplete or unsuccessful.

[XX] (**BY THE COURT'S ECF SYSTEM**): I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, on all ECF-registered parties in the action.

[ ] (**BY FEDEX**) I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to *C.C.P.* § 1005(b)). Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, FedEx) on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[XX] (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

Executed on September 3, 2020, at Los Angeles, California.

*/s/ Susan Carty*
Susan Carty

# SERVICE LIST
*Danielle Gamino v. KPC Healthcare Holdings, et al.*
**United States District Court Case No. 5:20-cv-01126-JGB-SHK**

| *Attorneys for Plaintiff Danielle Gamino* | *Attorneys for Defendants KPC Healthcare Holdings, Inc.; KPC Healthcare, Inc., Employees Stock Ownership Plan Committee, Kali Pradip Chaudhuri, Kali Priyo Chaudhuri, Amelia Hippert, William E. Thomas and Lori Van Arsdale* |
|---|---|
| Robert J. Barton<br>Colin M. Downes *Pro Hac Vice*<br>BLOCK AND LEVITON LLP<br>1735 20th Street NW<br>Washington, CA 20009<br>Phone: (202) 734-7046<br>Fax:  (617) 507-6020<br>Email: jbarton@blockleviton.com<br>Email: colin@blockesq.com<br><br>Richard E. Donahoo<br>William E. Donahoo<br>Sarah L. Kokonas<br>DONAHOO AND ASSOCIATES PC<br>440 West First Street, Suite 101<br>Tustin, CA 92780<br>Phone: (714) 953-1010<br>Fax:  (714) 953-1777<br>Email: rdonahoo@donahoo.com<br>Email: wdonahoo@donahoo.com<br>Email: skokonas@donahoo.com | Theodore M. Becker *(Pro Hac Vice admitted)*<br>Richard Pear *(Pro Hac Vice admitted)*<br>Maria Rodriguez<br>MCDERMOTT WILL & EMERY LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Phone: (310) 277-4110<br>Fax:  (310) 277-4730<br>Email: tbecker@mwe.com<br>Email: rpearl@mwe.com<br>Email: mcrodriguez@mwe.com |
| *Attorneys for Defendant Alerus Financial, N.A.*<br><br>*Via Email*<br>Lars Golumbic *(Pro Hac Vice)*<br>Sarah M. Adams *(Pro Hac Vice)*<br>GROOM LAW GROUP<br>1701 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Phone:  (202) 857-0620<br>Fax:  (202) 659-4503<br>Email: lgolumbic@groom.com<br>Email: sadams@groom.com | |