Daniel M. Feinberg (SBN 135983)
Feinberg, Jackson, Worthman & Wasow LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel: (510) 268-7998
Email: dan@feinbergjackson.com

*Counsel for the Plaintiff*
*[additional counsel listed below]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| DANIELLE GAMINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KPC HEALTHCARE HOLDINGS, INC., *et al*.<br><br>Defendants | Case No.: 5:20-cv-01126-JGB-SHK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE IS HEREBY GIVEN** of the entry of the undersigned as co-counsel for Plaintiff DANIELLE GAMINO in the above-entitled action. Pursuant to Federal Rule of Civil Procedure 5, all further notice and copies of pleadings, papers and other material relevant to this action should be served upon:

Daniel M. Feinberg
dfeinberg@feinbergjackson.com
FEINBERG, JACKSON, WORTHMAN & WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
Facsimile: (510) 269-7994

My firm, Feinberg, Jackson, Worthman & Wasow LLP, has made an appearance in the above-entitled action. I request to be added as counsel of record for Plaintiff DANIELLE GAMINO.

Dated: September 28, 2020

Respectfully submitted,

Daniel M. Feinberg (SBN 135983)
Feinberg, Jackson, Worthman & Wasow LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel: (510) 268-7998
Email: dan@feinbergjackson.com

Richard E. Donahoo (SBN 186957)
Sarah L. Kokonas (SBN 262875)
William E. Donahoo (SBN 322020)

DONAHOO & ASSOCIATES, PC.
440 W. First Street, Suite 101.
Tustin, CA 92780Tel: (714) 953-1010
Email: rdonahoo@donahoo.com
Email: skokonas@donahoo.com
Email: wdonahoo@donahoo.com

R. Joseph Barton (SBN 212340)
Colin M. Downes
BLOCK & LEVITON LLP
1735 20th Street, N.W.
Washington, DC 20009
Tel: (202) 734-7046
Fax: (617) 507-6020
Email: joe@blockesq.com
Email: colin@blockesq.com

Major Khan
(*pro hac vice to be filed*)
MKLLC LAW
1120 Avenue of the Americas, 4th Fl.
New York, NY 10036
Tel: (646) 546-5664
Email: mk@mk-llc.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on September 28th, 2020 I served a copy of the foregoing document via the CM/ECF system on the following:

| | |
|---|---|
| ***Attorneys for Plaintiff Danielle Gamino***<br>Robert J. Barton<br>Colin M. Downes<br>BLOCK AND LEVINTON LLP<br>1735 20th Street NW<br>Washington, DC 20009<br>Phone: (202) 734-7046<br>Fax: (617) 507-6020<br>Email: jbarton@blocklevinton.com<br>Email: colin@blockesq.com<br><br>Richard E. Donahoo<br>William E. Donahoo<br>Sarah L. Kokonas<br>DONAHOO AND ASSOCIATES PC<br>440 West First Street, Suite 101<br>Tustin, CA 92780<br>Phone: (714) 953-1010<br>Fax: (714) 953-1777 | ***Attorneys for Defendants KPC Healthcare Holdings, INC.; KPC Healthcare, Inc., Employee Stock Ownership Plan Committee, Kali Pradip Chaudhuri, Kali Priyo Chaudhuri, Amelia Hippert, William E. Thomas and Lori Van Arsdale***<br><br>Theodore M. Becker<br>Richard Pear<br>Maria Rodriguez<br>MCDERMOTT WILL & EMERY LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Phone: (310) 277-4110<br>Fax: (310) 277-4730<br>Email: tbecker@mwe.com<br>Email: rpearl@mwe.com<br>Email: mcrodriguez@mwe.com |
| ***Attorneys for Defendants Alerus Financial, N.A.***<br>Andrew J. Waxler, Esq.<br>KAUFMAN DOLOWICH & VOLUCK LLP<br>11755 Wilshire Boulevard, Suite 2400<br>Los Angeles, California 90025<br>Phone: (310) 775-6511<br>Fax: (310) 575-9720<br>Email: awaxler@kdvlaw.com | ***Attorneys for Defendants Alerus Financial, N.A. (cont.)***<br>Lars Golumbic<br>GROOM LAW GROUP<br>1701 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Phone: (202) 857-0620<br>Fax: (202) 659-4503<br>Email: lgolumbic@groom.com |

*s/ Dan Feinberg*