FILED
CLERK, U.S. DISTRICT COURT

September 29, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar </br></br>of </br></br>Judge STANLEY BLUMENFELD, JR. | ORDER OF THE CHIEF JUDGE </br></br>**20-137** |

     Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Stanley Blumenfeld, Jr.,

     IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Jesus G. Bernal to the calendar of Stanley Blumenfeld, Jr.:

| | |
|---|---|
| 2:20-cv-01204-JGB | In Re Fargo Trucking Company, Inc. |
| 2:20-cv-03791-JGB-PD | James H. Fisher v. R.C. Johnson |
| 5:14-cv-00364-JGB-SPx | Raymond Nichols et al v. City of Riverside et al |
| 5:18-cv-02201-JGB-KKx | Bruce De Villing v. Sabert Corporation et al |
| 5:18-cv-02594-JGB-SPx | Temecula M.O.B., LLC v. Builder Services Group, Inc. et al |
| 5:19-cv-00401-JGB-KKx | Salvador Canava v. Rail Delivery Service Inc et al |
| 5:19-cv-00423-JGB-KKx | Table De France, Inc. v. DBC Corporation et al |
| 5:19-cv-01228-JGB-SHKx | Jones-Covey Group, Inc. v. United States of America |
| 5:19-cv-01449-JGB-SHK | Derrick James Butler v. Raymond Madden |
| 5:19-cv-01900-JGB-KKx | Marceline Keller v. Swiss International Air Lines |
| 5:19-cv-01945-JGB-SPx | Faisal Ghous Ratcher v. Secretary of Department of Homeland Security et al |
| 5:20-cv-00399-JGB-KKx | Instant Brands, Inc. v. DSV Solutions, Inc. |
| 5:20-cv-00632-JGB-SHKx | Ruben Macias v. United States Department of Homeland Security et al |
| 5:20-cv-00642-JGB-SPx | Raul Uriarte Limon v. Grand Mission, LLC et al |
| 5:20-cv-00647-JGB-KKx | Antonio Servin v. FCA US LLC et al |

In the Matter of the
Creation of Calendar for
District Judge Stanley Blumenfeld, Jr.                                                                 2

_____

| | |
|---|---|
| 5:20-cv-01126-JGB-SHKx | Danielle Gamino v. KPC Healthcare Holdings, Inc. et al |
| 5:20-cv-01166-JGB-SPx  | Denise Mejia v. United States of America, et al |
| 5:20-cv-01408-JGB-SPx  | Francisco Valdez v. United States Attorney General et al |
| 5:20-cv-01551-JGB-KKx  | James Rutherford v. Wienerschnitzel et al |
| 5:20-cv-01588-JGB-KKx  | Bryan Estrada v. The Pines Apartments et al |
| 5:20-cv-01627-JGB-SHKx | VP Racing Fuels, Inc. v. Kyle Moose, et al |
| 5:20-cv-01720-JGB-DFM  | Geovannie Carrera Ramirez v. Gabriel Valdez et al |
| 5:20-cv-01755-JGB-SPx  | James Rutherford v. Yunan C. Future Inc., et al |
| 5:20-cv-01823-JGB-SPx  | Wells Fargo Bank, N.A v. Jeannete Frederick et al |

DATED: September 29, 2020                         _____
                                                                              Chief Judge Philip S. Gutierrez