# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| DANIELLE GAMINO<br><br>Plaintiff(s),<br><br>v.<br><br>KPC HEALTHCARE HOLDINGS, INC., et al.<br><br>Defendant(s). | 5:20–cv–01126–SB–SHK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __10/5/2020__

Document Number(s):   __53__

Title of Document(s):   __Plaintiff's Consolidated Opposition to Defendants' Motions to Dismiss__

**ERROR(S) WITH DOCUMENT:**

Local Rule 11–6 Memorandum/brief exceeds 25 pages.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  October 8, 2020         By:   _/s/ Grace Kami  grace_kami@cacd.uscourts.gov_
                                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS