R. Joseph Barton, CSBN 212340
Email: jbarton@blockleviton.com
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Tel: (202) 734-7046
Fax: (617) 507-6020

*Attorneys for Plaintiff*
*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DANIELLE GAMINO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>KPC HEALTHCARE HOLDINGS, INC., *et al.*,<br><br>*Defendants*,<br><br>and<br><br>KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>*Nominal Defendant* | Case No.: 5:20-cv-01126-SB-SHK<br><br>**PLAINTIFF'S NOTICE OF MOTION AND AMENDED MOTION FOR CLASS CERTIFICATION**<br><br>Hearing set for August 6, 2021<br>8:30 a.m.<br><br>Hon. Stanley Blumenfeld, Jr.<br>Courtroom 6C |

Plaintiff's Am. Mot. for Class Certification                                                              1

Notice is hereby given that, on August 6, 2021, at 8:30 a.m. or as soon thereafter as counsel may be heard before Hon. Stanley Blumenfeld, Jr. in Courtroom 6C of the United States Courthouse, 350 W 1st St., Los Angeles, California, Plaintiffs will and hereby do move the Court to certify the following class under Rule 23(a) and Rule 23(b)(1), (b)(2) and/or (b)(3) of the Federal Rules of Civil Procedure as to Counts I-V and VII-VIII of Plaintiff's Complaint:

> All participants in the KPC Healthcare, Inc. Employee Stock Ownership Plan from August 28, 2015 or any time thereafter (unless they terminated employment without vesting in the ESOP) and those participants' beneficiaries.
>
> Excluded from the Class are (a) Defendants, (b) any fiduciary of the Plan; (c) the officers and directors of KPC Healthcare Holdings, Inc. or of any entity in which one of the individual Defendants has a controlling interest; (d) the immediate family members of any of the foregoing excluded persons, and (e) the legal representatives, successors, and assigns of any such excluded persons.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and exhibits filed herewith, the Complaint, all the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on May 12, 2021. Defendants oppose the relief sought by this motion.

Plaintiff's Am. Mot. for Class Certification                                                               2

1  Dated: June 16, 2021

2

3                                                     R. Joseph Barton (SBN 212340)
                                                      Colin M. Downes
4                                                      (admitted *pro hac vice*)
                                                      BLOCK & LEVITON LLP
5                                                     1735 20th Street NW
                                                      Washington, DC 20009
6
                                                      Tel: (202) 734-7046
7                                                     Fax: (617) 507-6020
                                                      Email: jbarton@blockleviton.com
8                                                     Email: colin@blockleviton.com
9

10                                                    Daniel Feinberg (SBN 135983)
                                                      Darin Ranahan (SBN 273532)
11                                                    FEINBERG JACKSON
12                                                     WORTHMAN & WASOW LLP
                                                      2030 Addison Street, Suite 500
13                                                    Berkeley, CA 94704
                                                      Tel: (510) 269-7998
14
                                                      Fax: (510) 269-7994
15                                                    Email: dan@feinbergjackson.com
16                                                              darin@feinbergjackson.com
17

18                                                    Richard E. Donahoo (SBN 186957)
                                                      Sarah L. Kokonas (SBN 262875)
19                                                    William E. Donahoo (SBN 322020)
20                                                    DONAHOO & ASSOCIATES, PC.
                                                      440 W. First Street, Suite 101.
21                                                    Tustin, CA 92780Tel: (714) 953-1010
                                                      Email: rdonahoo@donahoo.com
22
                                                      Email: skokonas@donahoo.com
23                                                    Email: wdonahoo@donahoo.com

24

25

26

27

28  Plaintiff's Am. Mot. for Class Certification                                        3

Major Khan (admitted *pro hac vice*)
MKLLC LAW
1120 Avenue of the Americas, 4th Fl.
New York, NY 10036
Tel: (646) 546-5664
Email: mk@mk-llc.com

*Attorneys for Plaintiff*

Plaintiff's Am. Mot. for Class Certification 4

**Certificate of Service**

I certify that on June 16, 2021, I filed the foregoing PLAINTIFF'S NOTICE OF MOTION AND AMENDED MOTION FOR CLASS CERTIFICATION with the Court's electronic filing system, by operation of which it was served on the following persons:

| | |
|---|---|
| Theodore M. Becker<br>(admitted *pro hac vice*)<br>MCDERMOTT WILL & EMERY LLP<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606<br>Tel: (312) 372-2000<br>Fax: (312) 984-7700<br>Email: tbecker@mwe.com<br><br>Maria Rodriquez (SBN 194201)<br>MCDERMOTT WILL & EMERY LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Tel: (310) 277-4110<br>Fax: (310) 277-4730<br>Email: mcrodriguez@mwe.com<br><br>*Attorneys for Defendants KPC Healthcare Holdings, Inc., KPC Healthcare, Inc., Employee Stock Ownership Plan Committee, Kali Pradip Chaudhuri, Kali Priyo Chaudhuri, Amelia Hippert, William E. Thomas, Lori Van Arsdale & Nominal Defendant KPC Healthcare, Inc. Employee Stock Ownership Plan* | Lars C. Golumbic<br>(admitted *pro hac vice*)<br>Sarah M. Adams<br>(admitted *pro hac vice*)<br>Shaun A. Gates<br>(admitted *pro hac vice*)<br>William J. Delany<br>(admitted *pro hac vice*)<br>GROOM LAW GROUP, CHTD.<br>1701 Pennsylvania Ave. NW<br>Washington, DC 20006<br>Tel: (202) 857-0620<br>Fax: (202) 659-4503<br>Email: lgolumbic@groom.com<br>Email: sadams@groom.com<br>Email: sgates@groom.com<br>Email: wdelany@groom.com<br><br>Andrew J. Waxler (SBN 113682)<br>KAUFMAN DOLOWICH & VOLUCK LLP<br>11755 Wilshire Blvd., Suite 2400<br>Los Angeles, CA 90025<br>Tel: (310) 775-6511<br>Fax: (310) 575-9720<br>Email: awaxler@kdvlaw.com<br><br>*Attorneys for Defendant Alerus Financial, N.A.*<br><br>_____<br>Ming Siegel |

Plaintiff's Am. Mot. for Class Certification    5