1  R. Joseph Barton (SBN 212340)
   Colin M. Downes
2  (admitted *pro hac vice*)
3  BLOCK & LEVITON LLP
   1735 20th Street, N.W.
4  Washington, DC 20009
5  Tel: (202) 734-7046
   Fax: (617) 507-6020
6  Email: joe@blockesq.com
7  Email: colin@blockesq.com

8  *Counsel for the Plaintiff*
9  *[additional counsel listed below]*

10            **UNITED STATES DISTRICT COURT**
11            **CENTRAL DISTRICT OF CALIFORNIA**
              **EASTERN DIVISION**
12

| | |
|---|---|
| 13  DANIELLE GAMINO, individually and on behalf of all others similarly situated, | Case No.: 5:20-cv-01126-SB (SHK) |
| 14 | |
| 15 | PLAINTIFF'S NOTICE OF MOTION TO CONSOLIDATE ACTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42 |
|     *Plaintiff*, | |
| 16 | |
| 17  v. | |
| 18  KPC HEALTHCARE HOLDINGS, INC., *et al*. | Hearing Date: January 7, 2022 |
| 19 | Time: 8:30 a.m. |
|     | Courtroom: 6C |
| 20     *Defendants* | Judge: Hon. Stanley Blumenfeld, Jr. |
| 21 | |
| 22  DANIELLE GAMINO, individually and on behalf of all others similarly situated, | Case No.: 5:21-cv-01466-SB (SHK) |
| 23 | |
| 24 | |
| 25     *Plaintiff*, | |
| 26  v. | |
| 27 | |
| 28  SPCP GROUP, LLC | |

NOTICE OF MOTION TO CONSOLIDATE ACTIONS

1

|  |  |
|---|---|
| *Defendant* <br><br> and <br><br> KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN <br><br> *Nominal Defendant* |  |

NOTICE OF MOTION TO CONSOLIDATE ACTIONS

2

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 7, 2022, at 8:30 a.m. in the Courtroom of the Honorable Stanley Blumenfeld Jr., located at 350 West 1st Street, Los Angeles, California 09912, Plaintiff DANIELLE GAMINO ("Plaintiff"), will move for an Order, that the matter *Gamino v. SPCP Group, LLC*, No. 5:21-cv-01466-SB (filed August 27, 2021) be consolidated with the matter *Gamino v. KPC HealthCare Holdings, et al.* No. 5:20-cv-1126-SB-SHK (filed June 1, 2020) for all purposes.

This motion is made pursuant to Fed. R. Civ. P. 42(a) upon the grounds that there are common questions of law and fact that warrant consolidation of these actions. In particular, the cases arise from the same transaction, involve common legal and factual issues, and the liability of defendant in *SPCP* depends on the existence of a breach alleged in *Gamino v. KPC HealthCare Holdings, et al*. Therefore, consolidating the cases is in the interest of judicial efficiency and will save the Court and the parties time and expense. The convenience conferred by consolidation outweighs any potential delay, confusion, or prejudice that might arise from consolidation.

This motion is based on this Notice of Motion, the Memorandum of Law, Declaration of Daniel Feinberg in Support of the Motion to Consolidate, and

NOTICE OF MOTION TO CONSOLIDATE ACTIONS

3

exhibits attached thereto filed in *Gamino v. SPCP Group, LLC*, No. 5:21-cv-01466-SB, and the pleadings and papers on file in this action.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place telephonically on November 8, 2021.

DATED: November 19, 2021               Respectfully submitted,

         /s/ Daniel Feinberg
Daniel Feinberg (SBN 135983)
Nina Wasow (SBN 242047)
FEINBERG, JACKSON,
WORTHMAN
& WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998
Fax: (510) 269-7994
Email: dan@feinbergjackson.com

Richard E. Donahoo (SBN 186957)
Sarah L. Kokonas (SBN 262875)
William E. Donahoo (SBN 322020)
DONAHOO & ASSOCIATES, PC.
440 W. First Street, Suite 101.
Tustin, CA 92780Tel: (714) 953-1010
Email: rdonahoo@donahoo.com
Email: skokonas@donahoo.com
Email: wdonahoo@donahoo.com

R. Joseph Barton (SBN 212340)
Colin M. Downes
(*admitted pro hac vice*)
BLOCK & LEVITON LLP
1735 20th Street, N.W.

NOTICE OF MOTION TO CONSOLIDATE ACTIONS

4

| | |
|---|---|
| 1 | Washington, DC 20009 |
| 2 | Tel: (202) 734-7046 |
| | Fax: (617) 507-6020 |
| 3 | Email: joe@blockesq.com |
| 4 | Email: colin@blockesq.com |
| 5 | Major Khan |
| | (*admitted pro hac vice*) |
| 6 | MKLLC LAW |
| 7 | 1120 Avenue of the Americas, 4th Fl. |
| | New York, NY 10036 |
| 8 | Tel: (646) 546-5664 |
| 9 | Email: mk@mk-llc.com |
| 10 | *Attorneys for Plaintiff* |

NOTICE OF MOTION TO CONSOLIDATE ACTIONS

5