# EXHIBIT A

THEODORE M. BECKER (*admitted pro hac vice*)
tbecker@mwe.com
RICHARD PEARL (*admitted pro hac vice*)
rpearl@mwe.com
MARIA RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

Attorneys for Defendants
KPC HEALTHCARE HOLDINGS, INC., KPC HEALTHCARE, INC., EMPLOYEES STOCK OWNERSHIP PLAN COMMITTEE, KALI PRADIP CHAUDHURI, KALI PRIYO CHAUDHURI, AMELIA HIPPERT, WILLIAM E. THOMAS, LORI VAN ARSDALE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| DANIELLE GAMINO, individually and on and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KPC HEALTHCARE HOLDINGS, INC., KPC HEALTHCARE, INC., EMPLOYEES STOCK OWNERSHIP PLAN COMMITTEE, ALERUS FINANCIAL, N.A., KALI PRADIP CHAUDHURI, KALI PRIYO CHAUDHURI, AMELIA HIPPERT, WILLIAM E. THOMAS, LORI VAN ARSDALE,<br><br>Defendant,<br>and<br>KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Nominal Defendant. | CASE NO. 5:20-cv-01126-SB-SHK<br><br>**KPC DEFENDANTS' RULE 26(A)(1) INITIAL DISCLOSURES** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants KPC HEALTHCARE HOLDINGS, INC., KPC HEALTHCARE INC. EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, KALI PRADHIP CHAUDHURI, KALI PRIYO CHAUDHURI, AMELIA HIPPERT, WILLIAM E. THOMAS, and LORI VAN ARSDALE (collectively, the "KPC DEFENDANTS")provide the following initial disclosures. In making these disclosures, the KPC Defendants do not represent that they have identified every witness, document, or tangible thing possibly relevant to the subject matter of this action. The KPC Defendants' investigation and review are ongoing. Continuing investigation and discovery may alter these disclosures. Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, the KPC Defendants reserve the right to clarify, amend, modify, or supplement the information disclosed below if additional information becomes available.

The KPC Defendants reserve their rights to object to discovery requests on the basis of any applicable privilege, protection, or immunity. The KPC Defendants do not concede that Plaintiff is entitled to the production of documents, tangible things, or other information identified herein.

**A.     Individuals Likely to Have Discoverable Information That the KPC Defendants May Use to Support Their Claims or Defenses.**

The individuals named below are likely to have discoverable information that the KPC Defendants may use to support their defenses. Plaintiff may contact all individuals identified below through counsel for the KPC Defendants, unless alternative contact information is listed.

   **1. Kali Pradhip Chaudhuri**

   Dr. Chaudhuri is likely to have discoverable information regarding the business and finances of KPC Healthcare Holdings, Inc. ("KPC Healthcare") and its predecessor entities, the transaction challenged in the Complaint in this matter regarding the ESOP's purchase of KPC

1

Healthcare stock, and the appointment of Alerus Financial, N.A. ("Alerus") as ESOP trustee.

**2. Kali Priyo Chaudhuri**

Mr. Priyo Chaudhuri is likely to have discoverable information regarding the business and finances of KPC Healthcare and its predecessor entities, the transaction challenged in the Complaint in this matter regarding the ESOP's purchase of KPC Healthcare stock, and the appointment of Alerus as ESOP trustee.

**3. William E. Thomas**

Mr. Thomas is likely to have discoverable information regarding the business and finances of KPC Healthcare and its predecessor entities, the transaction challenged in the Complaint in this matter regarding the ESOP's purchase of KPC Healthcare stock, the appointment of Alerus as ESOP trustee, the ESOP's administration, and the ESOP's annual reports/Forms 5500.

**4. Amelia Hippert**

Ms. Hippert is likely to have discoverable information regarding the business and finances of KPC Healthcare.

**5. Lori Van Arsdale**

Ms. Van Arsdale is likely to have discoverable information regarding the business and finances of KPC Healthcare.

**6. Michael Harden**, *formerly with Eureka Capital Partners, LLC, currently with Ambrose Advisors:*

18575 Jamboree Road, Suite 600

Irvine, CA, 92612

Tel.: (949) 939-2686

Mr. Harden is likely to have information regarding various aspects of the 2015 Transaction complained of in the Complaint and the appointment of Alerus as ESOP trustee.

7. **Nels Carlson, Michael Flesch**, *Alerus Financial, N.A.*

   c/o Lars C. Golumbic

   Groom Law Group, Chtd.

   1701 Pennsylvania Ave., NW

   Washington, DC 20006

   Tel.: (202) 861-6615

   Mr. Carlson and Mr. Flesch are likely to have information regarding the ESOP and its participants' accounts, the 2015 Transaction complained of in the Complaint, the valuations of KPC Healthcare, Inc., Trustee administration matters regarding the ESOP, and the services provided by Alerus.

8. **Mark R. Fournier, Joseph D. Demetrius, Vikram Sinnathamby, Susy Shiying Xu, Zaid Khanbozai, Connor M. Davis, and/or David P. Alldian, Jr.,** *Stout Risius Ross, LLC*

   8270 Greensboro Drive, Suite 900

   McLean, VA 22102

   Tel.: (703) 637-3700

   Mr. Fournier, Mr. Demetrius, and Mr. Sinnathamby are likely to have information regarding the 2015 Transaction complained of in the Complaint, Stout's evaluation of the 2015 Transaction, and Stout's post-2015 Transaction valuations of the ESOP's company stock holdings. Ms. Xu, Mr. Khanbozai, Mr. Davis and Mr. Alldian are likely to have information regarding Stout's post-2015 Transaction valuations of the ESOP's company stock holdings.

## B. Categories of Documents That the KPC Defendants May Use to Support Their Defenses.

The KPC Defendants are in possession of the following categories of documents that they may use to support their defenses. The KPC Defendants will produce and make copies available to Plaintiff in accordance with the Federal Rules of Civil Procedure, any scheduling order entered by the Court, and any confidentiality and/or protective order entered by the Court. Consistent with the Court's Standing Order for Civil Cases Section 11, the KPC Defendants take the position that the production of these documents and other discovery—except to the extent that they relate to class certification issues—not proceed until after the Court rules on the pending motions to dismiss. These disclosures do not waive that position or any applicable privileges or protections, which the KPC Defendants specifically reserve:

1. Formal governing ESOP plan documents, including amendments, trust agreements and any amendments, summary plan descriptions, and annual reports/Forms 5500;
2. Communications with Plaintiff in connection with her ERISA Section 104(b)(4) document request;
3. Formal KPC Healthcare corporate governance documents, including board meeting minutes, board resolutions, bylaws, and articles of incorporation;
4. Engagement agreements between KPC Healthcare and the service providers involved in the transaction;
5. Materials prepared by Eureka in connection with the transaction;
6. Documents provided to Alerus and its advisors in connection with the transaction;

4

KPC DEFENDANTS' RULE 26(A)(1) INITIAL DISCLOSURES
DM_US 174384068-6.111797.0011

7. Communications between KPC Healthcare representatives/Eureka and Alerus representatives and/or Alerus's advisors regarding KPC Healthcare's business;
8. Documents provided to commercial lenders in connection with the transaction;
9. Formal documentation of the terms of the financing for the transaction;
10. Formal documentation of the transaction's terms, including the transaction's closing binder;
11. Annual valuations of KPC Healthcare stock prepared by the ESOP trustee's financial advisor.

Additionally, the KPC Defendants may use to support their defenses any documents that are not in in their possession, custody, or control, but produced by Defendant Alerus or certain non-parties, including but not limited to Stout, K&L Gates LLP, Eureka, MidCap, or Credit Suisse.

## C. Computation of Damages.

The KPC Defendants do not claim any damages.  The KPC Defendants reserve their rights to seek attorneys' fees and costs pursuant to ERISA, various other statutes and court rules, and the Court's inherent authority.  The KPC Defendants reserve their rights to bring counterclaims and to amend or supplement this disclosure.

## D. Applicable Insurance Agreements.

The KPC Defendants will make available for inspection or copying any insurance agreement(s) per Federal Rule of Civil Procedure 26(a)(1)(A)(iv). The KPC Defendants deny that they are liable for any amount and deny that any judgment should be entered against them in this lawsuit.

Dated: November 11, 2020              Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

5

KPC DEFENDANTS' RULE 26(A)(1) INITIAL DISCLOSURES
DM_US 174384068-6.111797.0011

1
2      By:  /s/ *Theodore M. Becker*
3           THEODORE M. BECKER
            RICHARD PEARL
4           MARIA RODRIGUEZ
            Attorneys for Defendants
5           KPC HEALTHCARE HOLDINGS, INC.,
            KPC HEALTHCARE, INC.,
6           EMPLOYEES STOCK OWNERSHIP
            PLAN COMMITTEE, KALI PRADIP
7           CHAUDHURI, KALI PRIYO
            CHAUDHURI, AMELIA HIPPERT,
8           WILLIAM E. THOMAS, LORI VAN
            ARSDALE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6
KPC DEFENDANTS' RULE 26(A)(1) INITIAL DISCLOSURES
DM_US 174384068-6.111797.0011

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

# CERTIFICATE OF SERVICE

I certify that on November 11, 2020, I caused the foregoing KPC DEFENDANTS' RULE 26(A)(1) INITIAL DISCLOSURES to be served on the following counsel of record via e-mail.

Dated: November 11, 2020      By: /s/ *Theodore M. Becker*
                                                       THEODORE M. BECKER

R. Joseph Barton
Colin M. Downes
BLOCK & LEVITON
Email: *jbarton@blockleviton.com*
Email: *colin@blockleviton.com*

Daniel Feinberg
Darin Ranahan
FEINBERG JACKSON WORTHMAN & WASOW LLP
Email: *dan@feinbergjackson.com*
Email: *darin@feinbergjackson.com*

Richard E. Donahoo
Sarah L. Kokonas
William E. Donahoo
DONAHOO & ASSOCIATES, P.C.
Email: *rdonahoo@donahoo.com*
Email: *skokonas@donahoo.com*
Email: *wdonahoo@donahoo.com*

Lars C. Golumbic
Sarah M. Adams
Shaun A. Gates
GROOM LAW GROUP
Email: *lgolumbic@groom.com*
Email: *sadams@groom.com*
Email: *sgates@groom.com*

Andrew J. Waxler
KAUFMAN DOOWICH & VOLUCK LLP
Email: *awaxler@kdvlaw.com*