# EXHIBIT B

Lars C. Golumbic, admitted *pro hac vice*
Sarah M. Adams, admitted *pro hac vice*
Shaun A. Gates, admitted *pro hac vice*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
Email: lgolumbic@groom.com
           sadams@groom.com
           sgates@groom.com

Andrew J. Waxler (SBN 113682)
KAUFMAN DOLOWICH & VOLUCK LLP
11755 Wilshire Blvd., Suite 2400
Los Angeles, CA 90025
Tel: (310) 775-6511
Fax: (310) 575-9720
Email: awaxler@kdvlaw.com

Counsel for Defendant ALERUS FINANCIAL, N.A.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE GAMINO, <br><br> Plaintiff, <br><br> v. <br><br> KPC Healthcare Holdings, Inc., et al., <br><br> Defendants. | No. 5:20-cv-01126-SB-SHK <br><br> **DEFENDANT ALERUS FINANCIAL, N.A.'S INITIAL DISCLOSURES** |

Defendant Alerus Financial, N.A. ("Alerus") hereby provides its initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.

ALERUS'S INITIAL DISCLOSURES            1

## Introductory Statement

These disclosures are based on the information reasonably available to Alerus at this time.  In making these disclosures, Alerus does not represent that it has identified every witness, document, or tangible thing possibly relevant to this action.  Rather, these disclosures represent a good faith effort to identify information reasonably available to Alerus as of this date.  Continuing investigation and discovery may alter these disclosures.  Accordingly, pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, Alerus reserves the right to clarify, amend, modify, or supplement the information disclosed below if additional information becomes available.

Alerus reserves its rights to object to discovery requests on the basis of any applicable privilege, protection, or immunity.  Alerus does not concede that Plaintiff is entitled to the production of the documents, tangible things, or other information identified herein.

**I.     Rule 26(a)(1)(A)(i): the name and, if known, the address and telephone number of each individual likely to have discoverable information-- along with the subjects of that information--that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

| Name | Contact Information | Subject |
|---|---|---|
| Nels Carlson Managing Director, Fiduciary Service of Alerus Financial, N.A. | c/o Lars C. Golumbic Groom Law Group, Chtd. 1701 Pennsylvania Ave., NW Washington, DC 20006 | Mr. Carlson is likely to have information regarding the ESOP and its participants' accounts, the 2015 transaction |

ALERUS'S INITIAL DISCLOSURES         2

| | | |
|---|---|---|
| | Tel: (202) 861-6615 | complained of in the Complaint, the valuations of the Company[1], and the services provided by Alerus.<br><br>Mr. Carlson is likely to have information regarding Trustee administration matters regarding the ESOP. |
| Michael Flesch<br>Managing Director, Fiduciary Services of Alerus Financial, N.A. | c/o Lars C. Golumbic<br>Groom Law Group, Chtd.<br>1701 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Tel: (202) 861-6615 | Mr. Flesch is likely to have information regarding the ESOP and its participants' accounts, the 2015 transaction complained of in the Complaint, the valuations of the Company, and the services provided by Alerus.<br><br>Mr. Flesch is likely to have information regarding Trustee administration matters regarding the ESOP. |
| Kali Pradip Chaudhuri<br>Chairman and CEO of KPC Healthcare, Inc. | c/o Ted Becker<br>McDermott Will & Emery LLP<br>444 West Lake Street<br>Suite 4000<br>Chicago, IL 60606<br>Tel: (312) 984-6934 | Mr. Chaudhuri is likely to have information regarding the Company, the ESOP, and the 2015 transaction complained of in the Complaint. |

---

[1] The term "Company" as used throughout refers to KPC Healthcare, Inc.

ALERUS'S INITIAL DISCLOSURES                3

| Kali Priyo Chaudhuri<br>Executive Vice President, Finance Affairs, of KPC Healthcare, Inc. | c/o Ted Becker<br>McDermott Will & Emery LLP<br>444 West Lake Street<br>Suite 4000<br>Chicago, IL 60606<br>Tel: (312) 984-6934 | Mr. Chaudhuri is likely to have information regarding the Company, the ESOP, and the 2015 transaction complained of in the Complaint. |
|---|---|---|
| Amelia Hippert<br><br>KPC Healthcare, Inc. Board Member (former) | c/o Ted Becker<br>McDermott Will & Emery LLP<br>444 West Lake Street<br>Suite 4000<br>Chicago, IL 60606<br>Tel: (312) 984-6934 | Ms. Hippert is likely to have information regarding the business and finances of KPC Healthcare. |
| William E. Thomas<br>Senior Vice President and General Counsel, of KPC Healthcare, Inc. | c/o Ted Becker<br>McDermott Will & Emery LLP<br>444 West Lake Street<br>Suite 4000<br>Chicago, IL 60606<br>Tel: (312) 984-6934 | Mr. Thomas is likely to have information regarding the Company, the ESOP, and the 2015 transaction complained of in the Complaint. |
| Lori Van Arsdale<br><br>KPC Healthcare, Inc. Board Member | c/o Ted Becker<br>McDermott Will & Emery LLP<br>444 West Lake Street<br>Suite 4000<br>Chicago, IL 60606<br>Tel: (312) 984-6934 | Ms. Arsdale is likely to have information regarding the business and finances of KPC. |
| K&L Gates LLP ("K&L Gates") | 1717 Main Street<br>Suite 2800<br>Dallas, TX 75201<br>Tel: (214) 939-5500 | K&L Gates is likely to have information regarding the 2015 transaction complained of in the Complaint. |
| Christopher Horner<br>Michael R. Holzman<br><br>Holzman Horner PLLC | 1300 I Street, N.W.<br>Suite 400E<br>Washington, DC 20005<br>Tel: (202) 618-3402 | Mr. Horner and Mr. Holzman are likely to have information regarding the 2015 |

ALERUS'S INITIAL DISCLOSURES         4

| | | transaction complained of in the Complaint. |
|---|---|---|
| Mark R. Fournier<br>Joseph D. Demetrius<br>Vikram Sinnathamby<br>Susy Shiying Xu<br>Zaid Khanbozai<br>Connor M. Davis<br>David P. Alldian, Jr.<br><br>Stout Risius Ross, LLC ("Stout") | 8270 Greensboro Drive<br>Suite 900<br>McLean, VA 22102<br>Tel: (703) 637-3700 | Mr. Fournier, Mr. Demetrius, and Mr. Sinnathamby are likely to have information regarding the 2015 transaction complained of in the Complaint and information regarding Stout's evaluation of the 2015 Transaction.<br><br>Mr. Fournier, Mr. Demetrius, Mr. Sinnathamby, Ms. Xu, Mr. Khanbozai, Mr. Davis, and Mr. Alldian are likely to have information regarding Stout's post-2015 Transaction valuations of the ESOP's company stock holdings. |
| Mark O'Keefe<br>Michael Harden<br>Phillip Chou<br><br>(formerly of Eureka Capital Markets, LLC) | 27401 Los Altos<br>Suite 240<br>Mission Viejo, CA 92691<br>Tel: (949) 719-2270 | Mr. O'Keefe, Mr. Harden and Mr. Chou are likely to have information regarding the 2015 transaction complained of in the Complaint. |

**II.     Rule 26(a)(1)(A)(ii): a copy--or a description by category and location-- of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

The following categories of documents, currently located in Alerus's corporate files, may be used to support Alerus's claims or defenses:

1. ESOP Plan documents and amendments, trust agreement, summary plan descriptions, and participant statements.
2. Engagement letters between the Company and Alerus, Alerus and Stout, and Alerus and K&L Gates.
3. Email communications and documents relating to the services provided to Alerus by third party advisors Stout and K&L Gates.
4. Materials collected by Alerus and its third party advisors during their due diligence of the 2015 Transaction.
5. Email communications and documents relating to the services Alerus provided to the ESOP.
6. Notes from calls/meetings between Alerus and its third party advisors relating to Alerus's analysis and evaluation of the 2015 Transaction.
7. Fairness opinions and valuations by Stout, and related documents and communications.
8. Email communications and documents relating to the negotiations of the 2015 Transaction.
9. 2015 Transaction documents.

**III.    Rule 26(a)(1)(A)(iii): a computation of each category of damages claimed by the disclosing party--who must also make available for inspection and copying as under Rule 34 the documents or other**

ALERUS'S INITIAL DISCLOSURES        6

**evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Alerus makes no affirmative claim for damages against Plaintiff at this time.

Alerus reserves its right to amend or supplement this disclosure.

**IV.  Rule 26(a)(1)(A)(iv): for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Alerus is covered by an insurance policy issued by Zurich, which may be available to satisfy all or part of a possible judgment that may be entered in the action or to indemnify or reimburse Alerus for payments made to satisfy a judgment. Alerus will make that insurance policy available for inspection or copying. Alerus denies that it is liable for any amount and denies that any judgment should be entered against Alerus in this lawsuit.

ALERUS'S INITIAL DISCLOSURES            7

Dated: November 11, 2020

/s/ Lars C. Golumbic
Lars C. Golumbic, admitted *pro hac vice*
Sarah M. Adams, admitted *pro hac vice*
Shaun A. Gates, admitted *pro hac vice*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
Email: lgolumbic@groom.com
sadams@groom.com
sgates@groom.com

Andrew J. Waxler (SBN 113682)
KAUFMAN DOLOWICH & VOLUCK LLP
11755 Wilshire Blvd., Suite 2400
Los Angeles, CA 90025
Tel: (310) 775-6511
Fax: (310) 575-9720
Email: awaxler@kdvlaw.com

COUNSEL FOR DEFENDANT
ALERUS FINANCIAL, N.A.