# EXHIBIT C

1  THEODORE M. BECKER (*admitted pro hac vice*)
   tbecker@mwe.com
2  JULIAN L. ANDRÉ (SBN 251120)
   jandre@mwe.com
3  **MCDERMOTT WILL & EMERY LLP**
   2049 Century Park East
4  Suite 3200
   Los Angeles, CA 90067-3206
5  Telephone:  +1 310 277 4110
   Facsimile:   +1 310 277 4730
6
   Attorneys for Defendant
7  SPCP GROUP, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| DANIELLE GAMINO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SPCP GROUP, LLC,<br><br>    Defendant,<br>  and<br><br>KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>    Nominal Defendant. | No. 5:21-cv-01466-SB-SHK<br><br>**DEFENDANT SPCP GROUP LLC'S RULE 26(A)(1) INITIAL DISCLOSURES** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant SPCP GROUP, LLC ("SPCP") provides the following initial disclosures. In making these disclosures, SPCP does not represent that it has identified every witness, document, or piece of information relevant to the subject matter of this action. SPCP's investigation and review is ongoing. Continuing investigation and discovery may alter these disclosures. Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, SPCP reserves the right to clarify, amend, modify, or supplement the information disclosed below.

SPCP reserves its rights to object to any discovery. SPCP does not concede that plaintiff is entitled to the production of documents or other information identified herein.

**A.  Individuals Likely to Have Discoverable Information That SPCP May Use to Support Its Defenses.**

The individuals named below are likely to have discoverable information that SPCP may use to support its defenses. Unless otherwise noted, Plaintiff may contact these individuals identified below only through counsel for SPCP.

1. **Thomas Banks**

    Mr. Banks is likely to have discoverable information regarding SPCP's investment in KPC Healthcare Holdings, Inc. ("KPC").

2. **Dr. Kali Pradhip Chaudhuri**

    Dr. Chaudhuri is likely to have discoverable information regarding SPCP's investment in KPC and the KPC Healthcare Holdings Employee Stock Ownership Plan's ("ESOP") 2015 acquisition of Dr. Chaudhuri's KPC stock.

3. **William E. Thomas**

    Mr. Thomas is likely to have discoverable information regarding SPCP's investment in KPC and the ESOP's 2015 acquisition of Dr. Chaudhuri's KPC stock.

4. **Alerus Financial, N.A.**

   *c/o Lars Golumbic, Groom Law Group, Chtd., 1701 Pennsylvania Avenue NW, Washington, D.C. 20006, Tel: (202) 861-6615, Email: lgolumbic@groom.com*

   Alerus is likely to have discoverable information regarding the ESOP's 2015 acquisition of Dr. Chaudhuri's KPC stock.

5. **Eureka Capital Partners**

   *c/o Travis Brennan, Stradling Oycca Carlson & Rauth, 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660, Tel: (949) 725-4271, Email: tbrennan@stradlinglaw.com*

   Eureka is likely to have discoverable information regarding the ESOP's 2015 acquisition of Dr. Chaudhuri's KPC stock.

6. **Stout Risius Ross, LLC**

   *c/o Natasha Fedder, Scale LLP, 315 Montgomery Street, 10th Floor, San Francisco, CA 94194, Tel: (610) 246-3623, Email: nfedder@scalefirm.com*

   Stout is likely to have discoverable information regarding the ESOP's 2015 acquisition of Dr. Chaudhuri's KPC stock.

**B.    Categories of Documents That SPCP May Use to Support Its Defenses**

SPCP is in possession of the following categories of documents that it may use to support its defenses:

1. Formal documentation of the terms of the warrant transaction between SPCP and KPC that is the subject matter of this action; and
2. Communications between SPCP representatives and KPC representatives and/or Eureka Capital Partners, LLC representatives regarding SPCP's investment in KPC.

**C.    Computation of Damages**

SPCP does not claim any damages.  SPCP reserves its rights to seek attorneys' fees and costs pursuant to ERISA, any other applicable statute or rule, and this Court's inherent authority.  SPCP reserves its rights to bring counterclaims and to amend or supplement this disclosure.

**D.     Applicable Insurance Agreements**

SPCP will make available for inspection or copying any insurance agreement(s) per Federal Rule of Civil Procedure 26(a)(1)(A)(iv).

Dated: January 12, 2022

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

By:  /s/  *Theodore M. Becker*
THEODORE M. BECKER
JULIAN L. ANDRE
Attorneys for Defendant SPCP

# CERTIFICATE OF SERVICE

Stephanie Garcia, hereby declares under penalty of perjury, that on January 12, 2022, I caused to be served by First Class Mail, SPCP's Initial Disclosures on the parties listed below:

Robert Joseph Barton
Block and Leviton LLP
1633 Connecticut Avenue NW Suite 200
Washington, DC 20009
202-734-7046
Fax: 617-507-6020
Email: jbarton@blockleviton.com

Daniel M. Feinberg
Feinberg Jackson Worthman and Wasow LLP
2030 Addison Street Suite 500
Berkeley, CA 94704
510-269-7998
Fax: 510-269-7994
Email: dan@feinbergjackson.com

Nina Wasow
Feinberg Jackson Worthman and Wasow LLP
2030 Addison Street Suite 500
Berkeley, CA 94704
510-269-7998
Fax: 510-269-7994
Email: nina@feinbergjackson.com

Richard E. Donahoo
Donahoo and Associates PC
440 West First Street Suite 101
Tustin, CA 92780
714-953-1010
Fax: 714-953-1777
Email: rdonahoo@donahoo.com

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on the 12th day of January, 2022 at Los Angeles, California.

*Stephanie Garcia*
Stephanie Garcia

CERTIFICATE OF SERVICE