# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE GAMINO<br><br>Plaintiff(s),<br><br>v.<br><br>KPC HEALTHCARE HOLDINGS, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:20−cv−01126−SB−SHK<br><br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 2/16/2022 | 227 | Defendant's Request for Approval of Substitution or Withdrawal of Counsel |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document is stricken. The filer is instructed to refile their request with the signature of new proposed counsel. The filer is reminded to provide the Chambers Inbox with a Word version of the proposed order.

Clerk, U.S. District Court

Dated: February 23, 2022     By: /s/ *Jennifer Graciano*
                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*