UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:20-cv-01126/5:21-cv-01466-SB-SHKx | Date: | February 24, 2022 |
| Title | *Danielle Gamino v. KPC Healthcare Holdings, Inc. et al./Danielle Gamino v. SPCP Group, LLC* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| R. Maurice for D. Castellanos | Riverside C/S 4 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Joseph Barton<br>Richard Donahoo | Theodore Becker<br>Julian André<br>Aimee Mackay<br>Shaun Gates<br>William Delany |

**Proceedings: ORDER RE: INFORMAL DISCOVERY DISPUTE**

On February 23, 2022, the Court held an informal discovery conference following briefing submitted by the parties. Attorneys Joseph Barton and Richard Donahoo appeared on behalf of the Plaintiffs. Attorneys Theodore Becker, Julian André appeared on behalf of KPC Defendants, Aimee Mackay appeared on behalf of SPCP Defendant, and William Delany and Shaun Gates appeared on behalf of Alerus Defendants. Following arguments by the parties, and as set forth on the record, the Court found that Plaintiffs' request for additional depositions is GRANTED and Plaintiffs shall be allowed to take 16 depositions, exclusive of experts, in this matter. The Court will issue a written order under separate cover.

**IT IS SO ORDERED.**