MORGAN, LEWIS & BOCKIUS LLP
Aimee Mackay, Bar No. 221690
aimee.mackay@morganlewis.com
300 South Grand Avenue
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Sari Alamuddin (admitted *pro hac vice*)
sari.alamuddin@morganlewis.com
Deborah Davidson (*pro hac vice* to be filed)
deborah.davidson@morganlewis.com
110 N. Wacker Drive
Chicago, IL 60606-1511
Tel: +1.312.324.1000
Fax: +1.312.324.1001

Attorneys for Defendant
SPCP GROUP, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE GAMINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPCP GROUP, LLC,<br><br>Defendant,<br><br>and<br><br>KPC HEALTHCARE INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Nominal Defendant. | Case No. 5:20-cv-01126-SB-SHK<br>[Consolidated Case Number]<br><br>**JOINT STIPULATION TO ALLOW SPCP TO TAKE THE CONTINUED DEPOSITION OF PLAINTIFF BY SPCP**<br><br>L.R. 7-1 |

Defendant SPCP GROUP, LLC ("SPCP" or "Defendant") and Plaintiff Danielle Gamino ("Plaintiff") by and through their respective counsel hereby enter into the following stipulation to allow SPCP to take the continued deposition of Plaintiff Danielle Gamino.

WHEREAS, on August 27, 2021, Plaintiff filed the action entitled *Danielle Gamino v. SPCP Group, LLC* (Case No. 5:21-cv-01466-SB-SHK) in the United States District Court for the Central District of California – Eastern Division ("the SPCP Action");

WHEREAS, the SPCP Action was related to the action *Danielle Gamino v. v. KPC Healthcare Holdings, Inc. et al.*, pending in the United States District Court for the Central District of California – Eastern Division (Case No. 5:20-cv-01126-SB-SHK) (the "KPC Action");

WHEREAS, on January 21, 2022 the Court ordered that the SPCP Action be consolidated with the KPC Action, which together are referred to as "the Consolidated Action";

WHEREAS, on May 11, 2021, before the SPCP Action was filed or was part of the Consolidated Action, Defendants -- other than SPCP, which as not a party to the KPC Action -- took Plaintiff's deposition in the KPC Action, which deposition started at 10:04 a.m. and ended at 3:28 p.m.

WHEREAS, Plaintiff has agreed to provide SPCP with an opportunity to depose Plaintiff Gamino before SPCP's opposition is due to Plaintiff's Motion to Certify a Class against SPCP on March 25, 2022 subject to the terms of this Stipulation, although such a deposition would result in a second deposition of Ms. Gamino in the Consolidated Action;

NOW THEREFORE, Plaintiff and SPCP hereby agree as follows:

1. To the extent that SPCP wants to depose Plaintiff Gamino, SPCP will issue a notice and will take Plaintiff's deposition on or before March 25, 2022 in Atlanta, Georgia on a date mutually agreeable to SPCP and Plaintiff;

2. SPCP's deposition of Plaintiff will last no longer than two (2) hours on the record;

3. SPCP's questions of Plaintiff at the deposition will not be duplicative of questions asked of Ms. Gamino at her deposition on May 11, 2021;

3. Pursuant to Federal Rule of Civil Procedure 30, Plaintiff will physically appear before an officer appointed or designated by Rule 28 (i.e. the court reporter) in Atlanta at a location that also allows any counsel to appear remotely;

4. SPCP's counsel will provide all other counsel with access to credentials to an electronic remote deposition platform that will allow all participants in the deposition to hear and be heard by all other participants;

5. SPCP's counsel will provide Plaintiff's counsel with electronic copies of deposition exhibits to be displayed on the electronic deposition platform no later than 3:00 PM Eastern Standard Time one (1) business day prior to the agreed date for Plaintiff's deposition to allow Plaintiff's counsel or their support staff to print the exhibits, so that Plaintiff can utilize paper copies of the exhibits at her deposition.

6. Any counsel who wants to mark an exhibit at the deposition will provide all other counsel with an electronic copy of the deposition exhibit by uploading the document to the deposition platform, or by email (or if too large to email, by file transfer) either at the same time as the exhibit is marked or prior to the deposition.

7. To the extent that there are problems or issues with the technology on the day of Plaintiff's deposition by SPCP that interfere with the completion of the deposition, the deposition will be completed on the next business day on which Plaintiff, Plaintiff's counsel, and counsel for SPCP and any other Defendants are reasonably available prior to March 25, 2022.

8. Nothing in this Stipulation will be construed as an agreement or a reason to extend the deadlines on the briefing on class certification of the claim against SPCP or any other deadline in the Consolidated Action.

Dated: March 10, 2022

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Aimee Mackay*
Aimee Mackay
Sari Alamuddin (admitted *pro hac vice*)
Deborah Davidson (*pro hac vice* to be filed)

*Attorneys for Defendant*
SPCP GROUP, LLC

Dated: March 10, 2022

By */s/ R. Joseph Barton*
R. Joseph Barton
Colin M. Downes
BLOCK & LEVITON LLP

Daniel Feinberg
Nina Wasow
Darin Ranahan
FEINBERG JACKSON WORTHMAN & WASOW LLP

Richard E. Donahoo
Sarah L. Kokonas
William E. Donahoo
DONAHOO & ASSOCIATES, PC

Major Khan
MK LLC LAW

*Attorneys for Plaintiff*
Danielle Gamino

## **FILER ATTESTATION**

I, Aimee Mackay, pursuant to L.R. 5-4.3.4(a)(2)(i), hereby attest that all other signatories listed above, and on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: March 10, 2022

MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Aimee Mackay*
Aimee Mackay
Sari Alamuddin (admitted *pro hac vice*)
Deborah Davidson (*pro hac vice* to be filed)

*Attorneys for Defendant*
SPCP GROUP, LLC