Name and address:

Samuel S. Rose, Esq.
Kaufman Dolowich & Voluck LLP
11755 Wilshire Boulevard, Suite 2400
Los Angeles, California 90025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Danielle Gamino

PLAINTIFF(S)

v.

KPC Healthcare Holdings, Inc., et al.

DEFENDANT(S)

CASE NUMBER:

5:20-cv-01126-SB-SHK

**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL**

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Samuel S. Rose       CA Bar Number: 333865

Firm or agency: Kaufman Dolowich & Voluck LLP

Address: 11755 Wilshire Boulevard, Suite 2400, Los Angeles, California 90025

Telephone Number: 310-775-6511       Fax Number:

Email: srose@kdvlaw.com

Counsel of record for the following party or parties: Alerus Financial, N.A.

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO  ☐ FPDO  ☐ CJA Appointment  ☐ Pro Bono  ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

***Notices of Electronic Filing will be terminated***. *Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: 3/23/2022

Signature: /s/Samuel S. Rose

Name: Samuel S. Rose

# PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

     I am employed in Los Angeles County. My business address is 11755 Wilshire Blvd., Suite 2400, Los Angeles, CA 90025, where this mailing occurred. I am over the age of 18 years and am not a party to this cause. I am readily familiar with the practices of KAUFMAN DOLOWICH & VOLUCK LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

     On March 23, 2022, I served the foregoing documents on the interested parties in this action entitled as follows:

**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL**

[XX] by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ] (**BY MAIL**) I placed such envelope for collection and mailing on this date following ordinary business practices.

[ ] (**BY E-MAIL ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated on the attached list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was incomplete or unsuccessful.

[XX] (**BY THE COURT'S ECF SYSTEM**): I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, on all ECF-registered parties in the action.

[ ] (**BY FEDEX**) I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to *C.C.P.* § 1005(b)). Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, FedEx) on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[XX] (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

     Executed on March 23, 2022, at Los Angeles, California.

                                              */s/ Rosanne T. Gambogi*
                                              Rosanne T. Gambogi

# SERVICE LIST

*Danielle Gamino v. KPC Healthcare Holdings, et al.*
*United States District Court Case No. 5:20-cv-01126-SB-SHK*

| *Attorneys for Plaintiff* *Danielle Gamino* | *Attorneys for Defendants* *KPC Healthcare Holdings, Inc.; KPC Healthcare, Inc., Employees Stock Ownership Plan Committee, Kali Pradip Chaudhuri, Kali Priyo Chaudhuri, Amelia Hippert, William E. Thomas and Lori Van Arsdale* |
|---|---|
| Robert J. Barton<br>Colin M. Downes *Pro Hac Vice*<br>BLOCK AND LEVITON LLP<br>1735 20th Street NW<br>Washington, CA 20009<br>Phone: (202) 734-7046<br>Fax: (617) 507-6020<br>Email: jbarton@blockleviton.com<br>Email: colin@blockesq.com<br><br>Richard E. Donahoo<br>William E. Donahoo<br>Sarah L. Kokonas<br>DONAHOO AND ASSOCIATES PC<br>440 West First Street, Suite 101<br>Tustin, CA 92780<br>Phone: (714) 953-1010<br>Fax: (714) 953-1777<br>Email: rdonahoo@donahoo.com<br>Email: wdonahoo@donahoo.com<br>Email: skokonas@donahoo.com<br><br>Daniel Feinberg, Esq.<br>Darin Ranahan, Esq.<br>Nina Wasow, Esq.<br>Feinberg, Jackson, Worthman & Wasow LLP<br>2030 Addison Street, Suite 500<br>Berkeley, CA 94704<br>Phone: (510) 269-7998<br>Fax: (510) 269-7994<br>Email: dan@feinbergjackson.com<br>Email: darin@feinbergjackson.com<br>Email: nina@feinbergjackson.com | Theodore M. Becker *(Pro Hac Vice admitted)*<br>Julian L. Andre<br>MCDERMOTT WILL & EMERY LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Phone: (310) 277-4110<br>Fax: (310) 277-4730<br>Email: tbecker@mwe.com<br>Email: jandre@mwe.com<br><br>Richard J. Pearl *(Pro Hac Vice admitted)*<br>Faegre Drinker Biddle & Reath LLP<br>191 N. Wacker Drive, Suite 3700<br>Chicago, IL 60606<br>Phone: (312) 569-1000<br>Fax: (312) 569-3000<br>Email: rick.pearl@faegredrinker.com |

| | |
|---|---|
| Major Khan, Esq. (*Pro Hac Vice*)<br>MKLLC Law<br>1120 Avenue of the Americas, 4th Floor<br>New York, NY 10036<br>Phone: (646) 546-5664<br>Fax: (646) 546-5755<br>Email: mk@mk-llc.com | Christopher A. Braham, Esq.<br>Maria Rodriguez, Esq.<br>McDermott Will & Emery LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Phone: (310) 277-4110<br>Fax: (310) 277-4730<br>Email: cbraham@mwe.com<br>Email: mcrodriguez@mwe.com |
| ***Attorneys for Defendant Alerus Financial, N.A.***<br><br>***Via Email***<br>Lars Golumbic *(Pro Hac Vice)*<br>Sarah M. Adams *(Pro Hac Vice)*<br>Shaun A. Gates *(Pro Hac Vice)*<br>Rachael Hancock *(Pro Hac Vice Pending)* – *Via Email*<br>GROOM LAW GROUP<br>1701 Pennsylvania Avenue, NW<br>Suite 1200<br>Washington, DC 20006<br>Phone: (202) 857-0620<br>Fax: (202) 659-4503<br>Email: lgolumbic@groom.com<br>Email: sadams@groom.com<br>Email: sgates@groom.com<br>Email: rhancock@groom.com | |

4822-9076-1157, v. 1