UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **5:20-cv-01126-SB-SHKx**                                                    Date: April 7, 2022

Title  ***Danielle Gamino v. KPC Healthcare Holdings, Inc. et al.***

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | XTR - Recording |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Colin Downes | Julian André |
| Joseph Barton | William Delany |
|  | Sari Alamuddin |

**Proceedings:    ORDER RE: CONTINUED INFORMAL DISCOVERY DISPUTE**

At the request of the parties, the Court held an informal discovery dispute conference, regarding Plaintiff's Sixth Set of Requests for Production of Documents and Third Set of Interrogatories. Attorneys Colin Downes and Joseph Barton appeared on behalf of the Plaintiffs. Attorneys Julian André appeared on behalf Defendants KPC Healthcare Holdings, Inc., Kali Pradip Chaudhuri, and William E. Thomas; Attorney William Delany appeared on behalf of Defendants Alerus Financial; and Attorney Sari Alamuddin appeared on behalf of Defendants SPCP Group LLC. Following discussion between the Court and the parties, Plaintiff's 15-page Motion to Compel shall be filed no later than **April 14, 2022**. Defendant's 15-page Opposition shall be filed no later than **April 21, 2022**. Plaintiff's 5-page Reply shall be filed no later than **April 26, 2022**. A further status conference is set for **April 27, 2022, 3:30 p.m**. by video zoom webinar. All briefs are to be double-spaced, 14-point font, and the page limit does not apply to any exhibits that may be attached to the briefing.

**IT IS SO ORDERD**

1: 15 mins

**Initials of Preparer**   DC