UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:  5:20-cv-01126-SB-SHK | Date:  May 20, 2022 |

Title:  *Danielle Gamino v. KPC Healthcare Holdings, Inc. et al.*

Present: The Honorable  **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Patricia Kim | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Robert Joseph Barton | Sari Alamuddin |
| | Madeline Halley |
| | Julian L. Andre |

**Proceedings:**  MOTION TO BIFURCATE [Dkt. No. 252] (Held and Completed)

Case called and appearances made.  Counsel for Plaintiff and the KPC Defendants provided an update on the status of their settlement discussions.  Both counsel expect the terms of the settlement to be finalized soon and filed with the Court.  Turning to the motion to bifurcate filed by Defendant SPCP Group LLC (SPCP), Dkt. No. 252, the Court asked SPCP's counsel about the impact of the pending settlement between Plaintiff and the KPC Defendants on the motion.  The full scope of the impact is uncertain.  And while Alerus Financial, N.A. (Alerus) has not settled, the potential for settlement remains.  Given the uncertainty (as discussed on the record), the Court declines to exercise its discretion to bifurcate the case as requested and **denies** the motion.

**IT IS SO ORDERED**.

: 11