UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:20-cv-01126-SB-SHKx | Date: | May 20, 2022 |
| Title: | *Danielle Gamino v. KPC Healthcare Holdings, Inc. et al.* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| R. Maurice | CourtSmart - T/R |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Colin Downes | Julian André – KPC Defendants |
| Anne Weiss | Shaun Gates – Alerus Financial |

**Proceedings: STATUS CONFERENCE RE: INFORMAL DISCOVERY DISPUTE**

　　On May 20, 2022, the Court held an informal discovery dispute conference as previously scheduled. Attorneys Colin Downes and Anne Weiss appeared on behalf of Plaintiffs, attorney Julian André appeared on behalf Defendants KPC Healthcare Holdings, Inc., and attorney Shaun Gates appeared on behalf of Defendant Alerus Financial.

　　Following a discussion regarding the discovery dispute, the Court noted that the designations of the documents under the Protective Order were done by third party Stout Risius Ross ("Stout"), that Stout's counsel should be given an opportunity to respond to the issues raised by Plaintiffs, and that if issues remain regarding the designation of the materials under the Protective Order the parties may contact the for any remaining issues in this regard.

　　**IT IS SO ORDERED.**