**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Danielle Gamino <br><br> v. <br><br> KPC Healthcare Holdings, Inc. et al <br><br> Plaintiff(s) / Defendant(s) | CASE NUMBER: <br><br> 5:20-cv-01126-SB-SHK <br><br> **MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Kewalramani

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A Zoom Webinar video conference is scheduled in this matter for  May 20, 2022 at 1:00 p.m.

Please visit: http://www.cacd.uscourts.gov/honorable-shashi-h-kewalramani to obtain the Zoom Webinar link or dial-in information.

Recording or rebroadcasting of the proceeding is strictly prohibited.

Dated:  May 19, 2022          By:  R. Maurice
                                    Deputy Clerk