Daniel Feinberg (SBN 135983)
Darin Ranahan (SBN 273532)
Nina Wasow (SBN 242047)
FEINBERG, JACKSON, WORTHMAN
& WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998
Fax: (510) 269-7994
Email: dan@feinbergjackson.com
       darin@feinbergjackson.com
       nina@feinbergjackson.com

*Counsel for the Plaintiff*
*[additional counsel listed below]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE GAMINO, individually and on and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br>KPC HEALTHCARE HOLDINGS, INC., et al.,<br>    Defendants,<br> and<br>KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br>    Nominal Defendant. | CASE NO. 5:20-cv-01126-SB-SHK<br>Hon. Stanley Blumenfeld Jr.<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR DEPOSITIONS OF NON-PARTY WITNESSES VIKRAM SINNATHAMBY AND JOE DEMETRIUS** |

Pursuant to Local Rule 7-1 and the Court's Revised Case Management Order (Dkt. 186), Plaintiff Danielle Gamino ("Plaintiff"), Defendant Alerus Financial NA ("Alerus"), and Defendant SPCP Group, LLC ("SPCP") (Plaintiff, Alerus and SPCP are collectively known as the "Parties"),[1] by and through their respective counsel of record, hereby submit this stipulation requesting that the Court issue an order further extend the fact discovery deadline *only* as to the depositions for two non-party witnesses. In support of this request, the Parties state as follows:

1. The current deadline for nonexpert discovery is June 10, 2022. Dkt. 186.

2. On May 16, 2022, Plaintiff noticed the depositions of two employees of non-party Stout Risius Ross ("Stout"), Vikram Sinnathamby and Joe Demetrius, for June 1, 2022. Mr. Sinnathamby and Mr. Demetrius helped prepare the Stout valuation report relied upon by the ESOP Trustee, Defendant Alerus, for the 2015 ESOP Transaction and participated in Stout's due diligence for the ESOP Transaction. The remote depositions were each noticed for 4 hours.

3. On May 23, 2022, counsel for Stout notified Plaintiff's counsel that Mr. Sinnathamby and Mr. Demetrius are working on major projects with client-imposed deadlines at the end of June. Stout's counsel proposed scheduling Mr. Sinnathamby's four-hour deposition for June 30, 2022, and Mr. Demetrius's four-hour deposition for July 7, 2022. Stout's counsel further proposed that Plaintiff withdraw the notice for Mr. Demetrius's deposition if Mr. Sinnathamby provided sufficient testimony regarding the Stout valuation

---

[1] Defendants KPC Healthcare Holdings, Inc., KPC Healthcare, Inc., Employees Stock Ownership Plan Committee, Kali Pradip Chaudhuri, Kali Priyo Chaudhuri, Amelia Hippert, William E. Thomas, Lori Van Arsdale (collectively "the KPC Defendants") are not entering into this Stipulation, although they do not oppose the relief requested, because the Plaintiff and KPC Defendants today have executed a Settlement Term Sheet and filed a Stipulation (Dkt. 277) requesting that this case be stayed as to the KPC Defendants.

1

**STIPULATION AND PROPOSED ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR DEPOSITIONS OF NON-PARTY WITNESSES VIKRAM SINNATHAMBY AND JOE DEMETRIUS**

report for the 2015 ESOP Transaction. Plaintiff wishes to accommodate the non-party witnesses' work schedules as a professional courtesy. Plaintiff's counsel agreed to Stout's proposal contingent upon (1) the agreement of the Defendants; and (2) the Court permitting these two depositions to take place beyond the June 10 deadline for fact discovery.

4. The requested exception for the depositions of Mr. Sinnathamby and Mr. Demetrius will not affect any other case deadlines.

5. **Completed Work**

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

2

**STIPULATION AND PROPOSED ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR DEPOSITIONS OF NON-PARTY WITNESSES VIKRAM SINNATHAMBY AND JOE DEMETRIUS**

| Date | Party | Event |
|---|---|---|
| 06/01/20 | Plaintiff | Complaint |
| 09/03/20 | Defendant Alerus Financial, N.A. ("Alerus") | Motion to Dismiss Counts I and III |
| 09/03/20 | KPC Defendants ("KPC") | Motion to Dismiss |
| 10/19/20 | Plaintiff | Interrog. to KPC and Alerus (Set #1) |
| 10/22/20 | Plaintiff | RFPs to KPC and Alerus (Set #1) |
| 11/04/20 | Plaintiff | Subpoena to produce documents, information, or objects to non-party Stout Risius Ross ("Stout") |
| 11/04/20 | Plaintiff | Subpoena to produce documents, information, or objects to Eureka Capital Partners, LLC ("Eureka") |
| 11/10/22 | Plaintiff | Initial disclosures |
| 11/11/22 | Alerus | Initial disclosures |
| 11/11/22 | KPC | Initial disclosures |
| 11/12/20 | Plaintiff | RFPs to KPC and Alerus (Set #2) |
| 11/18/20 | KPC | Responses to Interrog. (Set #1) |
| 11/18/20 | Alerus | Responses to Interrog. (Set #1) |
| 11/19/20 | Plaintiff | RFPs to KPC and Alerus (Set #3) |
| 11/20/20 | All parties | Joint 26(f) Report |
| 11/23/20 | KPC | Responses to RFPs (Set #1) |
| 11/23/20 | Alerus | Responses to RFPs (Set #1) |
| 12/01/20 | Stout | Response to subpoena |
| 12/02/20 | Eureka | Response to subpoena |
| 12/14/20 | KPC | Responses to RFPs (Set #2) |
| 12/14/20 | Alerus | Responses to RFPs (Set #2) |
| 12/21/20 | KPC | Responses to RFPs (Set #3) |
| 12/21/20 | Alerus | Responses to RFPs (Set #3) |
| 12/23/20 | Alerus | Responses to Interrog. (Sets #1 & #2) |
| 01/08/21 | Alerus and KPC | Memorandum re: scope of discovery pending decision on the motions to dismiss |
| 01/29/21 | Plaintiff | RFPs to KPC and Alerus (Set #4) |
| 02/11/21 | Alerus | Answer |
| 02/11/21 | KPC | Answer |

3

**STIPULATION AND PROPOSED ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR DEPOSITIONS OF NON-PARTY WITNESSES VIKRAM SINNATHAMBY AND JOE DEMETRIUS**

| 02/19/21 | All parties | Joint 26(f) Report |
|---|---|---|
| 03/01/21 | Alerus | Responses to RFPs (Set #4) |
| 03/01/21 | KPC | Responses to RFPs (Set #4) |
| 03/12/21 | Alerus | Amended initial disclosures |
| 03/26/21 | Plaintiff | Subpoena to produce documents, information, or objects to K&L Gates LLP ("K&L Gates) |
| 04/01/21 | KPC | RFPs, Interrog. (Set #1) |
| 04/12/21 | Plaintiff | Subpoena to produce documents, information, or objects to McDermott Will & Emery LLP ("MWE") |
| 04/12/21 | Alerus | Response to subpoena to K&L Gates |
| 04/15/21 | Alerus | Motion for protective order |
| 04/19/21 | KPC | Motion re: plaintiff's RFP no. 17 |
| 04/26/21 | MWE | Response to subpoena |
| 05/04/21 | KPC | Motion for leave to file first amended answer |
| 05/04/21 | Plaintiff | Subpoena to produce documents, information, or objects to FTI Consulting, Inc. ("FTI") |
| 05/04/21 | Plaintiff | Responses to RFPs, Interrog. (Set #1) |
| 05/05/21 | KPC | Motion for reconsideration re: order on motion for discovery |
| 05/05/21 | KPC | Ex parte application to stay pending decision on motion for reconsideration |
| 05/11/21 | KPC and Alerus | Danielle Gamino deposition |
| 05/13/21 | Plaintiff | Ex parte application to amend initial case management order |
| 05/14/21 | Plaintiff | Subpoena to produce documents, information, or objects to California Hospital Association ("CHA") |
| 05/17/21 | KPC and Alerus | Opposition to ex parte application to amend initial case management order |
| 05/19/21 | Plaintiff | Motion to certify class |
| 06/01/21 | Plaintiff | RFPs to KPC and Alerus (Set #5) |
| 06/09/21 | FTI | Response to subpoena |
| 06/16/21 | Plaintiff | Amended motion to certify class |
| 06/17/21 | Plaintiff | Subpoena to produce documents, information, or objects to CION Investment Corporation ("CION") |
| 07/01/21 | Alerus | Responses to RFPs (Set #5) |

4

**STIPULATION AND PROPOSED ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR DEPOSITIONS OF NON-PARTY WITNESSES VIKRAM SINNATHAMBY AND JOE DEMETRIUS**

| Date | Party | Description |
|---|---|---|
| 07/01/21 | KPC | Responses to RFPs (Set #5) |
| 07/06/21 | Plaintiff | Interrog. to Alerus (Set #2) |
| 07/07/21 | Plaintiff | Motion for leave to file first amended complaint |
| 07/23/21 | CION | Response to subpoena |
| 08/05/21 | Alerus | Responses to Interrog. (Set #2) |
| 08/11/21 | Plaintiff | Subpoena to produce documents, information, or objects to Marc Margulis |
| 08/13/21 | Plaintiff | First Amended Complaint |
| 08/20/21 | All parties | Joint notice of filing of proposed schedule of pretrial and trial dates |
| 08/27/21 | Plaintiff | Silver Point Capital Partners ("SPCP") Complaint |
| 09/03/21 | Alerus | Motion to dismiss |
| 09/03/21 | KPC | Motion to dismiss |
| 09/20/21 | Alerus | Motion to continue trial date |
| 11/15/21 | Alerus | Answer |
| 11/15/21 | KPC | Answer |
| 11/19/21 | Plaintiff | Motion to consolidate |
| 11/22/21 | Plaintiff | First Amended SPCP Complaint |
| 11/30/21 | Plaintiff | Subpoena to produce documents, information, or objects to Globalview Advisors Corporation ("Globalview") |
| 12/20/21 | SPCP | Motion to Dismiss SPCP FAC |
| 12/16/21 | Plaintiff | RFPs to Kali Pradip Chaudhuri and William Thomas (Set #6) |
| 12/16/21 | Plaintiff | Interrog. to Kali Pradip Chaudhuri and William Thomas (Set #3) |
| 12/16/21 | Plaintiff | RFPs to KPC (Set #7) |
| 01/03/22 | Plaintiff | RFPs, Interrog. to SPCP Group LLC ("SPCP") (Set #1) |
| 01/12/22 | Plaintiff | Initial disclosures |
| 01/12/22 | SPCP | Initial disclosures |
| 01/18/22 | KPC | Responses to Interrog. (Set #3) |
| 01/18/22 | KPC | Responses to RFPs (Set #6) |
| 01/18/22 | KPC | Responses to RFPs (Set #7) |
| 01/19/22 | Plaintiff | Subpoena to produce documents, information, or objects to Kaiser Foundation Health Plan ("Kaiser") |
| 02/01/22 | Kaiser | Response to subpoena |

5

**STIPULATION AND PROPOSED ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR DEPOSITIONS OF NON-PARTY WITNESSES VIKRAM SINNATHAMBY AND JOE DEMETRIUS**

| | | |
|---|---|---|
| 02/02/22 | Plaintiff | RFAs to SPCP (Set #1) |
| 02/02/22 | SPCP | Responses to RFPs (Set #1) |
| 02/02/22 | SPCP | Responses to Interrog. (Set #1) |
| 02/04/22 | SPCP | Answer |
| 02/15/22 | Plaintiff | Motion for leave to exceed 10 deposition limitation |
| 02/16/22 | Plaintiff | Motion for class certification against SPCP |
| 02/18/22 | Plaintiff | Mark Fournier deposition |
| 03/04/22 | Plaintiff | RFPs to SPCP (Set #2) |
| 03/07/22 | Plaintiff | RFPs to SPCP (Set #3) |
| 03/07/22 | Plaintiff | RFAs to SPCP (Set #2) |
| 03/07/22 | Plaintiff | Subpoena to produce documents, information, or objects to KPC Global Management, LLC ("KPC Global") |
| 03/08/22 | SPCP | Responses to RFAs (Set #1) |
| 03/10/22 | SPCP | Joint stipulation to allow SPCP to take the continued deposition of plaintiff |
| 03/17/22 | Plaintiff | Nels Carlson deposition |
| 03/21/22 | Plaintiff | Mike Harden deposition |
| 03/21/22 | KPC Global | Response to subpoena |
| 04/04/22 | SPCP | Responses to RFPs (Set #2) |
| 04/06/22 | SPCP | Responses to RFPs (Set #3) |
| 04/06/22 | SPCP | Responses to RFAs (Set #2) |
| 04/11/22 | Plaintiff | Interrog. to all defendants (Set #4) |
| 04/12/22 | Plaintiff | Interrog. to SPCP (Set #5) |
| 04/13/22 | Plaintiff | Suzanne Richards deposition |
| 04/14/22 | Plaintiff | Allison Wilkerson deposition |
| 04/14/22 | SPCP | Motion to bifurcate trial |
| 04/14/22 | Plaintiff | Motion to compel |
| 04/20/22 | Plaintiff | Amended initial disclosures |
| 04/21/22 | Plaintiff | RFPs to KPC (Set #8) |
| 05/02/22 | Plaintiff and KPC | Mediation |
| 05/04/22 | Plaintiff | Interrog. to all defendants (Set #6) |
| 05/04/22 | Plaintiff | John Collins deposition |
| 05/05/22 | Plaintiff | Steven Blake deposition |
| 05/11/22 | Plaintiff | RFAs to all defendants (Set #3) |
| 05/11/22 | Alerus | Responses to Interrog. (Set #4) |

6

**STIPULATION AND PROPOSED ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR DEPOSITIONS OF NON-PARTY WITNESSES VIKRAM SINNATHAMBY AND JOE DEMETRIUS**

| 05/11/22 | SPCP | Responses to Interrog. (Set #4) |
| 05/12/22 | SPCP | Responses to RFPs (Set #5) |
| 05/12/22 | Plaintiff | Supplemental subpoena to Stout |
| 05/12/22 | Alerus | Second amended initial disclosures |
| 05/25/22 | Plaintiff | Thomas Banks deposition |

7

**STIPULATION AND PROPOSED ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR DEPOSITIONS OF NON-PARTY WITNESSES VIKRAM SINNATHAMBY AND JOE DEMETRIUS**

6. **Remaining Work**

| Date | Party | Event | Explanation |
|---|---|---|---|
| 06/03/22 | Plaintiff | William Thomas deposition | Non expert discovery deadline is 6/10/2022 |
| 06/07/22 | Plaintiff | Kali Priyo Chaudhuri deposition | Non expert discovery deadline is 6/10/2022 |
| 06/08/22 | Plaintiff | Kali Pradip Chauduri deposition | Non expert discovery deadline is 6/10/2022 |
| 05/27/22 | All parties | Initial expert disclosure | Expert discovery deadline is 7/8/2022 |
| 06/10/22 | All parties | Rebuttal expert disclosure | Expert discovery deadline is 7/8/2022 |
| 06/19/22 – 07/08/22 | All parties | Expert depositions | Expert discovery deadline is 7/8/2022 |
| 06/30/22 | Plaintiff | Vikram Sinnathamby deposition | Plaintiff noticed this deposition for 6/1/2022 but counsel for Stout requests the deposition be pushed to 6/30/2022 because Mr. Sinnathamby is working on major projects with client-imposed deadlines at the end of June. |
| 07/07/22 | Plaintiff | Joe Demetrius deposition | Plaintiff noticed this deposition for 6/1/2022 but counsel for Stout requests the deposition be pushed to 6/30/2022 because Mr. Sinnathamby is working on major projects with client-imposed deadlines at the end of June. |

7. The depositions of three of the individual KPC Defendants – Dr. Kali Pradip Chaudhuri, Kali Priyo Chaudhuri and William Thomas –were originally noticed for May 2022, but were continued to the first week of June 2022 (i.e., prior to the close of fact discovery) as a result of the pending settlement between Plaintiff and KPC Defendants.

8

**STIPULATION AND PROPOSED ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR DEPOSITIONS OF NON-PARTY WITNESSES VIKRAM SINNATHAMBY AND JOE DEMETRIUS**

8. The Court's Revised Case Management Order (Dkt. 186) states the following: "The Court sets the pretrial and trial dates noted in the table below based on an evaluation of the complexity of the case. The Court rejects Plaintiffs' request to have fact and expert discovery proceed in parallel and retains the customary schedule for expert disclosures. A more complete description of these deadlines is contained in the Mandatory Scheduling Conference Order (MSC Order). The parties should not expect a continuance in this case. The case was filed on June 1, 2020, and the trial date below is almost 2 ½ years from the date of filing – which the Court finds to be excessive. *Should the parties nonetheless request a continuance, this entire paragraph must be included verbatim.*" *Id.* (emphasis in original).

As such, the Parties stipulate that good cause exists to extend the fact discovery deadline as to the depositions of non-party witnesses Vikram Sinnathamby and Joe Demetrius to June 30, 2022 and July 7, 2022, respectively.

9

**STIPULATION AND PROPOSED ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR DEPOSITIONS OF NON-PARTY WITNESSES VIKRAM SINNATHAMBY AND JOE DEMETRIUS**

| | |
|---|---|
| Dated: May 26, 2022 | **FEINBERG, JACKSON, WORTHMAN & WASOW LLP** |

By: _____/s/_____

Daniel Feinberg

**BLOCK AND LEVITON LLP**

R. JOSEPH. BARTON
COLIN M. DOWNES *(Pro Hac Vice)*

**DONAHOO & ASSOCIATES PC**

RICHARD E. DONAHOO

Attorneys for Plaintiff
DANIELLE GAMINO

Dated: May 26, 2022          **MORGAN, LEWIS & BOCKIUS LLP**

By: _____/s/_____

SARI ALAMUDDIN *(Pro Hac Vice)*
Attorneys for Defendant
SPCP GROUP, LLC

Dated: May 26, 2022          **GROOM LAW GROUP**

By: _____/s/_____
WILL DELANY *(Pro Hac Vice)*
Attorney for Defendant
ALERUS FINANCIAL, N.A.

Dated: May 26, 2022          **SCALE LLP**

By: _____/s/_____
NATASHA FEDDER
Attorney for Non Party
STOUT RISIUS ROSS

# CERTIFICATE OF SERVICE

The foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 26, 2022              */s/ Daniel Feinberg*
                                  Daniel Feinberg

| | |
|---|---|
| Maria Rodriguez<br>Christopher A. Braham<br>Julian L. Andre<br>Laurie Ann Baddon<br>McDermott Will & Emery LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>mcrodriguez@mwe.com<br>cbraham@mwe.com<br>jandre@mwe.com<br>lbaddon@mwe.com | Lars C. Golumbic<br>Sarah M. Adams<br>Rachael E. Hancock<br>Shaun A. Gates<br>William J. Delany<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave. NW<br>Washington, DC 20006<br>lgolumbic@groom.com<br>sadams@groom.com<br>rhancock@groom.com<br>sgates@groom.com<br>wdelany@groom.com |
| Theodore M. Becker<br>McDermott Will & Emery LLP<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606<br>tbecker@mwe.com | Andrew J. Waxler<br>Samuel S. Rose<br>Kaufman Dolowich & Voluck LLP<br>11755 Wilshire Blvd., Suite 2400<br>Los Angeles, CA 90025<br>awaxler@kdvlaw.com<br>srose@kdvlaw.com |
| Aimee Mackay<br>Morgan, Lewis & Bockius LLP<br>300 South Grand Ave., 22nd Floor<br>Los Angeles, CA 90071<br>aimee.mackay@morganlewis.com | Natasha Fedder<br>Scale LLP<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>nfedder@scalefirm.com |
| Sari Alamuddin<br>Morgan Lewis and Bockius LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>sari.alamuddin@morganlewis.com | |

11

**STIPULATION AND PROPOSED ORDER TO EXTEND FACT DISCOVERY DEADLINE FOR DEPOSITIONS OF NON-PARTY WITNESSES VIKRAM SINNATHAMBY AND JOE DEMETRIUS**