**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE GAMINO, individually and on and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KPC HEALTHCARE HOLDINGS, INC., KPC HEALTHCARE, INC., EMPLOYEES STOCK OWNERSHIP PLAN COMMITTEE, ALERUS FINANCIAL, N.A., KALI PRADIP CHAUDHURI, KALI PRIYO CHAUDHURI, AMELIA HIPPERT, WILLIAM E. THOMAS, LORI VAN ARSDALE,<br><br>　　　　　　Defendants,<br><br>　　and<br><br>KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>　　　　　　Nominal Defendant. | CASE NO. 5:20-cv-01126-SB-SHK<br><br>Hon. Stanley Blumenfeld Jr.<br><br>**ORDER GRANTING STIPULATION TO STAY THE PROCEEDINGS AS TO THE KPC DEFENDANTS PENDING THE COURT'S CONSIDERATION OF A CLASS ACTION SETTLEMENT** |

Having considered the Joint Stipulation and Request to Stay the Proceedings as to the KPC Defendants Pending the Court's Consideration and Approval of a Class Action Settlement that plaintiff Danielle Gamino ("Plaintiff") and defendants KPC Healthcare Holdings, Inc., KPC Healthcare, Inc., Employees Stock Ownership Plan Committee, Kali Pradip Chaudhuri, Kali Priyo Chaudhuri, Amelia Hippert, William E. Thomas, Lori Van Arsdale (collectively "the KPC Defendants") filed on May 26, 2022, and good cause appearing therein, IT IS HEREBY ORDERED as follows:

1. Plaintiff shall file a motion for preliminary approval of the proposed class action settlement between Plaintiff and the KPC Defendants on or before July 11, 2022.

2. Pending the Court's consideration and approval of the proposed class action settlement:

    a. The litigation between Plaintiff (and the Class) and the KPC Defendants is hereby stayed.

    b. All discovery, discovery disputes, and other proceedings as to the KPC Defendants are stayed, with the exception of: (1) the depositions of defendants Kali Pradip Chaudhuri, Kali Priyo Chaudhuri, and William E. Thomas (except no questions at such depositions may be asked relating to the individual KPC Defendants' financial information); and (2) discovery and disputes as to the KPC Defendants relevant to the claims against Defendant Alerus Financial, N.A., or Defendants SPCP Group, LLC.

    c. All current case deadlines relating to the KPC Defendants are vacated, **subject to expedited reinstatement in the event that the settlement fails**.

    d. All pending motions as to the KPC Defendants shall be held in abeyance, including Plaintiff's pending motion to compel production of financial information (Dkt. 253).

3. In the event that the settlement agreement is not fully executed or a party withdraws from the settlement:

      a.    Plaintiff and the KPC Defendants will revert to the respective status in this litigation as of May 2, 2022.

      b.    Any discovery or depositions that were stayed or held in abeyance as a result of the parties' proposed class action settlement may be completed beyond the current discovery deadlines *on an expedited, multi-tracked basis*.

      c.    Plaintiff and the KPC Defendants will immediately notify the Court that the settlement agreement was not fully executed or that a party has withdrawn from the settlement.

      d.    <u>Within 5 days</u>, Plaintiff and the KPC Defendants shall meet-and-confer and submit to the Court *an expedited schedule that places this case on the same trial track that existed before the stay*.

4.    In the event that the Court declines to approve the settlement, a further scheduling conference will be set.

**IT IS SO ORDERED**.

Dated:    June 1, 2022

                                   **Stanley Blumenfeld, Jr.**
                                   **United States District Judge**