UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE GAMINO,<br><br>                    Plaintiff,<br><br>v.<br><br>KPC HEALTHCARE HOLDINGS, INC., et al.,<br><br>                    Defendants. | Case No. 5:20-cv-01126-SB-SHK<br><br>**ORDER TO EXTEND DEADLINE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH KPC DEFENDANTS**<br><br>Orig. Compl.:         6/1/20<br>Orig. Resp. Pldg.:   9/3/20 |

Having considered the request to continue the deadline to file a motion for preliminary approval of the class action settlement between Plaintiff and KPC Defendants and finding good cause to grant a continuance, the Court hereby extends the deadline two weeks to July 25, 2022.  The parties are advised that they should not expect another continuance for this motion, and the Court may require a personal appearance with clients if one is requested.

Dated:  July 11, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge

1