# Exhibit 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DANIELLE GAMINO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SPCP GROUP, LLC,<br><br>*Defendant*,<br><br>and<br><br>KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>*Nominal Defendant* | Case No.: 5:20-cv-01126-SB-SHK<br>[Consolidated with Case No.: 5:21-cv-01466-SB-SHK]<br><br>**CLASS COUNSEL'S PROPOSED PLAN OF ALLOCATION** |

1. **The Settlement Fund.**[1]  The Gross Settlement Fund will consist of the $5,00,000 paid pursuant to the Settlement Agreement, plus any earnings and interest accrued thereon. The Net Settlement Fund will be the Gross Settlement Fund minus any expenses incurred by the Fund, including expenses for settlement administration, the costs to pay for Class Notice, any taxes owed or paid (or reserves to pay taxes or tax expenses) and expenses for tax preparation, any attorneys' fees and expenses or costs awarded by the Court, any service award to the Class Representative authorized by the Court, and any other court-approved costs or deductions from the Settlement Fund.

2. **Authorized Claimants.**  An Authorized Claimant will be any participant in the ESOP (or alternatively a beneficiary entitled to payment) who falls within the definition of the Class, and who is not excluded from the definition of the Class.

3. **Allocation of the Net Settlement Fund.**  Each Authorized Claimant shall be allocated a pro rata share of the Net Settlement Fund based on each Class Member's number of shares of KPC stock in their ESOP account as of August 31, 2021 or, if a Class member previously received a distribution, the amount of shares that a Class member held prior to receiving distribution(s) of their vested ESOP benefits.

4. **Distribution of Residual Funds.**  In the event that monies remain in the Net Settlement fund after distribution of the Final Distribution Amount and after all taxes and other expenses have been paid, those residual amounts will be distributed to non-sectarian, non-profit 501(c)(3) charitable organization(s) recommended by Co-Lead Class Counsel and approved by the Court.

---

[1] Unless otherwise defined, all capitalized terms have the meanings ascribed them by the Settlement Agreement.