**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| DANIELLE GAMINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KPC HEALTHCARE HOLDINGS, INC., ET AL.,<br><br>　　　　Defendants. | No. 5:20-cv-01126-SB-SHK<br><br>Hon. Stanley Blumenfeld Jr.<br><br>**ORDER GRANTING DEFENDANT ALERUS FINANCIAL N.A.'S REQUEST TO APPEAR REMOTELY [DKT. NO. 341]** |

1

# ORDER

Having considered the request of Defendant Alerus Financial N.A.'s counsel to appear remotely at the hearing on Plaintiff's Motion for Preliminary Approval of Settlement with the KPC Defendants currently scheduled for August 26, 2022 at 8:30 a.m., the Court hereby GRANTS the request as follows:

Defendant Alerus Financial, N.A.'s counsel Shaun A. Gates may participate in the August 26, 2022 hearing via videoconference.

**IT IS SO ORDERED.**

Dated:  August 22, 2022

Stanley Blumenfeld, Jr.
United States District Judge