Daniel Feinberg (SBN 135983)
FEINBERG, JACKSON, WORTHMAN
& WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998
Fax: (510) 269-7994
Email: dan@feinbergjackson.com

*Attorneys for Plaintiff & the Class*

Lars C. Golumbic, admitted *pro hac vice*
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
Email: lgolumbic@groom.com

*Counsel for Defendant Alerus Financial, N.A*

[additional counsel for both parties listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DANIELLE GAMINO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>KPC HEALTHCARE HOLDINGS, INC., et al.,<br><br>*Defendants,*<br><br>and<br><br>KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>*Nominal Defendant* | Case No.: 5:20-cv-01126-SB-SHK<br><br>**L.R. 40-2 NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO STAY CASE DEADLINES BETWEEN PLAINTIFF AND ALERUS FINANCIAL, N.A.**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>Courtroom: Los Angeles, Courtroom 6C<br><br>Trial Date: October 11, 2022<br><br>Pretrial Conference: October 7, 2022 |

PLEASE TAKE NOTICE that, pursuant to Local Rule 40-2 and the Court's Standing Order for Civil Cases, ¶1(d), Plaintiff Danielle Gamino, in her individual capacity and on behalf of the certified class, and Defendant Alerus Financial, N.A. ("Alerus") (together, the "Settling Parties") hereby notify the Court that they have reached a settlement-in-principle in the above-captioned case. The settlement-in-principle was reached on September 10, 2022, during the parties' third mediation session.

In light of the Settling Parties' pending settlement and to avoid the unnecessary expense of additional litigation and to preserve judicial resources, the Settling Parties, through their respective counsel of record, respectfully request the Court:

1. Stay all case deadlines as between Plaintiff and Alerus[1]; and
2. Set a deadline of October 7, 2022 for Plaintiff to file a motion for preliminary approval of the proposed class action settlement with Alerus.

The purpose of the stay is to allow the Settling Parties to finalize drafting the settlement agreement, and to obtain necessary signatures.

**IT IS SO STIPULATED**

Dated: September 11, 2022                     Respectfully submitted,

/s/ Daniel Feinberg                                    /s/ Lars C. Golumbic
Daniel Feinberg (SBN 135983)              Lars C. Golumbic (*pro hac vice*)
Nina Wasow (SBN 242047)                   Sarah M. Adams (*pro hac vice*)

---

[1] Plaintiff will consult with counsel for KPC Defendants as to whether Plaintiff's motion for preliminary approval of settlement with the KPC Defendants, currently set for September 23, 2022, should remain on calendar or be continued to the same date as the preliminary approval hearing for Plaintiff's settlement with Alerus in order that both settlements can be included in a single class notice.

| | | |
|---|---|---|
| 1 | Feinberg, Jackson, & Wasow LLP | William J. Delany (*pro hac vice*) |
| 2 | 2030 Addison Street, Suite 500 | Sean C. Abouchedid (*pro hac vice*) |
| 3 | Berkeley, CA 94704 | Edward J. Meehan (*pro hac vice*) |

Feinberg, Jackson,
& Wasow LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998
Fax: (510) 269-7994
Email: dan@feinbergjackson.com
Email: nina@feinbergjackson.com

R. Joseph Barton (SBN 212340)
Colin M. Downes (pro hac vice)
BLOCK & LEVITON LLP
1633 Connecticut Ave. NW, Suite 200
Washington, DC 20009
Tel: (202) 734-7383
Fax: (617) 507-6020
Email: jbarton@blockleviton.com
Email: colin@blockleviton.com

Richard E. Donahoo (SBN 186957)
DONAHOO & ASSOCIATES, PC.
440 W. First Street, Suite 101.
Tustin, CA 92780
Tel: (714) 953-1010
Email: rdonahoo@donahoo.com

Major Khan (pro hac vice)
MKLLC LAW
1120 Avenue of the Americas, 4th Fl.
New York, NY 10036
Tel: (646) 546-5664
Email: mk@mk-llc.com

*Attorneys for Plaintiff and the Class*

William J. Delany (*pro hac vice*)
Sean C. Abouchedid (*pro hac vice*)
Edward J. Meehan (*pro hac vice*)
Shaun A. Gates (*pro hac vice*)
Rachael E. Hancock (*pro hac vice*)
Groom Law Group, Chartered
1701 Pennsylvania Ave. NW
Washington, DC 20006
Email: lgolumbic@groom.com
Email: sadams@groom.com
Email: wdelany@groom.com
Email: sabouchedid@groom.com
Email: emeehan@groom.com
Email: sgates@groom.com
Email: rhancock@groom.com

The above-signed counsel attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Andrew J. Waxler (SBN 113682)
Kaufman Dolowich & Voluck LLP
11755 Wilshire Blvd., Suite 2400
Los Angeles, CA 90025
Email: awaxler@kdvlaw.com

*Counsel for Defendant Alerus Financial, N.A.*

L.R. 40-2 NOTICE OF SETTLEMENT AND STIPULATION TO STAY CASE DEADLINES BETWEEN PLAINTIFF AND ALERUS FINANCIAL, N.A.