1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

9

10

11

DANIELLE GAMINO, individually
and on behalf of all others similarly
situated,

12

13

*Plaintiff*,

14

v.

Case No.: 5:20-cv-01126-SB-SHK

15

KPC HEALTHCARE HOLDINGS,
INC., et al.,

16

**ORDER GRANTING**
**STIPULATION TO STAY CASE**
**DEADLINES BETWEEN**
**PLAINTIFF AND ALERUS**
**FINANCIAL, N.A.**

17

*Defendants*,

18

and

19

KPC HEALTHCARE, INC.
EMPLOYEE STOCK OWNERSHIP
PLAN,

20

21

*Nominal Defendant*

22

23

24

25

26

27

28

- 1 -
ORDER

1    Pursuant to the stipulation of Plaintiff Danielle Gamino and Defendant Alerus

2 Financial, N.A. ("Alerus") (together, the "Settling Parties"), Dkt. No. 374, and in

3 light of the Settling Parties' settlement-in-principle, the Court orders as follows:

4       1.    The Court stays all case deadlines as between Plaintiff and Alerus.  In

5             the event that the parties fail to complete the settlement as stated, the

6             stay will be lifted, and new dates will be imposed that will extend no

7             farther than the amount of stayed time.

8       2.    Class Counsel shall consult with counsel for KPC Defendants and advise

9             the Court as to whether the parties request that the Court continue the

10            hearing on Plaintiff's motion for preliminary approval of the settlement

11            with KPC Defendants, set for September 23, 2022, until the same date as

12            the hearing on Plaintiff's motion for preliminary approval of the

13            settlement with Alerus.  If there is an objection to doing so, the objecting

14            party shall specify in detail the reasons for the objection.

15      3.    Plaintiff is to file a motion seeking preliminary approval of the proposed

16            class action settlement with Alerus no later than October 7, 2022.  The

17            parties should not expect a continuance of that deadline.

18 IT IS SO ORDERED.

19

20  Dated: September 12, 2022

21                                        Stanley Blumenfeld, Jr.
                                          United States District Judge
22

23

24

25

26

27

28