1  Colin M. Downes (admitted *pro hac vice*)
2  BLOCK & LEVITON LLP
   1633 Connecticut Ave. NW, Suite 200
3  Washington, DC 20009
4  Tel: (202) 734-7383
   Fax: (617) 507-6020
5  Email: colin@blockleviton.com

6
   *Attorney for Plaintiff and the Class*
7  *Additional Counsel Listed Below*

8
## UNITED STATES DISTRICT COURT
9  ## CENTRAL DISTRICT OF CALIFORNIA
   ## EASTERN DIVISION
10

11 | DANIELLE GAMINO, individually and on behalf of all others similarly situated, | Case No.: 5:20-cv-01126-SB-SHK
12 | |
13 | *Plaintiff*, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT ALERUS FINANCIAL, N.A.**
14 | v. |
15 | |
16 | KPC HEALTHCARE HOLDINGS, INC., *et al.*, |
17 | | Hon. Stanley Blumenfeld, Jr.
18 | *Defendants*, | Date: November 18, 2022
   | | Time: 8:30 a.m.
19 | and | Courtroom: 6C
20 | |
21 | KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN, |
22 | |
23 | *Nominal Defendant* |

24
25
26
27
28

Plaintiff's Notice of Mot. and Mot. for Preliminary Approval                                               1

1       Notice is hereby given that, on November 18, 2022, at 8:30 a.m. or as soon
2 thereafter as counsel may be heard before Hon. Stanley Blumenfeld, Jr. in
3 Courtroom 6C of the United States Courthouse, 350 W 1st St., Los Angeles,
4 California, Plaintiff will and hereby does move the Court for an order under Rule
5 23 of the Federal Rules of Civil Procedure:

      1.    Preliminarily approving the Settlement Agreement between Plaintiff and Alerus Financial, N.A. attached as Exhibit 1;

      2.    Approving the proposed Class Notice attached as Exhibit 2 as to form and content and approving the plan for dissemination of notice to the Class by first class U.S. mail or email, if available, as satisfying the requirements of Rule 23(c)(2) and (e)(1);

      3.    Preliminarily approving the proposed Plan of Allocation attached as Exhibit 3;

      4.    Modifying the definition of the previously certified Class to specify a Class period end date of August 31, 2021; and

      5.    Setting dates and deadlines under Rule 23(d) and (e) of the Federal Rules of Civil Procedure in order for the Court to evaluate whether to grant final approval to the Settlement (after distribution of the proposed Class Notice to the Class and submission of any objections to the Settlement), to evaluate Class Counsel's request for an award of attorneys' fees and reimbursement of litigation expenses, and Plaintiff's request for a service award as follows:

| Event | Proposed Deadline/Date |
|---|---|
| Settlement Administrator to provide notice to the Class | No later than 21 days following entry of preliminary approval |
| Class Counsel to file Motion for Award of Attorneys' Fees and Litigation Expenses and Class Representative Service Award | No later than 45 days after entry of preliminary approval |
| Class Members to file any objections to the Settlement | No later than 60 days after notice is sent to the Class |
| Class Counsel to file Motion for Final Approval | At least 15 days after the deadline for Class Members to object |
| Fairness Hearing (i.e., Hearing on Motion for Final Approval of the Settlement and Motion for Attorneys' Fees and Litigation Expenses and Class Representative Service Award) | At least 90 days after preliminary approval is filed. |

This motion is based on this Notice of Motion, the Memorandum of Law submitted herewith, the Declaration of Colin Downes submitted in support of the motion and exhibits attached thereto, and the pleadings and papers on file in this action.

Alerus does not oppose the relief sought by this motion. Counsel for the KPC Defendants stated that they took no position on the motion.

1  Dated: October 7, 2022

*[signature]*

R. Joseph Barton (SBN 212340)
Colin M. Downes
 (admitted *pro hac vice*)
BLOCK & LEVITON LLP
1633 Connecticut Ave. NW, Ste. 200
Washington, DC 20009
Tel: (202) 734-7046
Fax: (617) 507-6020
Email: jbarton@blockleviton.com
Email: colin@blockleviton.com

Daniel Feinberg (SBN 135983)
Darin Ranahan (SBN 273532)
FEINBERG JACKSON
 WORTHMAN & WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998
Fax: (510) 269-7994
 Email: dan@feinbergjackson.com
         darin@feinbergjackson.com

 Richard E. Donahoo (SBN 186957)
 Sarah L. Kokonas (SBN 262875)
 William E. Donahoo (SBN 322020)
 DONAHOO & ASSOCIATES, PC.
 440 W. First Street, Suite 101.
 Tustin, CA 92780Tel: (714) 953-1010
 Email: rdonahoo@donahoo.com
 Email: skokonas@donahoo.com
 Email: wdonahoo@donahoo.com

|   |   |
|---|---|
| 1 | Major Khan (admitted *pro hac vice*) |
| 2 | MKLLC LAW |
|   | 1120 Avenue of the Americas, 4th Fl. |
| 3 | New York, NY 10036 |
|   | Tel: (646) 546-5664 |
| 4 | Email: mk@mk-llc.com |

*Attorneys for Plaintiff and the Class*

**Certificate of Service**

I certify that on October 7, 2022, I filed the foregoing Notice of Motion and Motion for Preliminary Approval with the Court's electronic filing system, by operation of which it was served on the following persons:

Maria Rodriguez
Christopher A. Braham
Julian L. Andre
Laurie Ann Baddon
McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
mcrodriguez@mwe.com
cbraham@mwe.com
jandre@mwe.com
lbaddon@mwe.com

Theodore M. Becker
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606
tbecker@mwe.com

Aimee Mackay
Morgan, Lewis & Bockius LLP
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071
aimee.mackay@morganlewis.com

Sari Alamuddin
Morgan Lewis and Bockius LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606
sari.alamuddin@morganlewis.com

Lars C. Golumbic
Sarah M. Adams
Rachael E. Hancock
Shaun A. Gates
William J. Delany
Groom Law Group, Chartered
1701 Pennsylvania Ave. NW
Washington, DC 20006
lgolumbic@groom.com
sadams@groom.com
rhancock@groom.com
sgates@groom.com
wdelany@groom.com

Andrew J. Waxler
Samuel S. Rose
Kaufman Dolowich & Voluck LLP
11755 Wilshire Blvd., Suite 2400
Los Angeles, CA 90025
awaxler@kdvlaw.com
srose@kdvlaw.com

_____
Colin M. Downes