# Exhibit 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

DANIELLE GAMINO, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

SPCP GROUP, LLC,

    *Defendant*,

and

KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN,

    *Nominal Defendant*

Case No.: 5:20-cv-01126-SB-SHK

**CLASS COUNSEL'S PROPOSED PLAN OF ALLOCATION OF SETTLEMENT WITH SPCP**

Proposed Plan of Allocation          1

1.      **The Settlement Fund.**[1]  The Gross Settlement Fund will consist of the $100,000 paid pursuant to the Class Action Settlement Agreement with SPCP, plus any earnings and interest accrued thereon. The Net Settlement Fund will be the Gross Settlement Fund minus any expenses incurred by the Fund, including expenses for settlement administration, the costs to pay for Class Notice, any taxes owed or paid (or reserves to pay taxes or tax expenses) and expenses for tax preparation, any expenses or costs awarded to Class Counsel by the Court, and any other court-approved costs or deductions from the Settlement Fund.

2.      **Authorized Claimants.**  An Authorized Claimant will be any participant in the ESOP (or alternatively a beneficiary entitled to payment) who falls within the definition of the Class, and who is not excluded from the definition of the Class.

3.      **Allocation of the Net Settlement Fund.**  Each Authorized Claimant shall be allocated a pro rata share of the Net Settlement Fund based on each active employee Class Member's number of vested and unvested shares of KPC stock in their ESOP account as of August 31, 2021 or, if a Class Member terminated employment prior to August 31, 2021, the number of vested shares in such Class Member's ESOP account at the date of termination date plus any previously unvested shares that vested upon plan termination. The Plan of Allocation does not include shares in the ESOP's suspense account that were allocated to active employee participants upon plan termination or unvested shares that were previously forfeited pursuant to the terms of the Plan.

4.      **Distribution of Residual Funds.**  In the event that monies remain in the Net Settlement fund after distribution of the Final Distribution Amount and after all taxes and other expenses have been paid, those residual amounts will be

---

[1] Unless otherwise defined, all capitalized terms have the meanings ascribed them by the Settlement Agreement.

Proposed Plan of Allocation                                                      2

distributed to non-sectarian, non-profit 501(c)(3) charitable organization(s) recommended by Co-Lead Class Counsel and approved by the Court.

Proposed Plan of Allocation                                                                    3