Colin M. Downes (admitted *pro hac vice*)
BARTON & DOWNES LLP
1633 Connecticut Ave. NW, Suite 200
Washington, DC 20009
Tel: (202) 734-7383
Email: colin@bartondownes.com

*Attorney for Plaintiff and the Class*
*Additional Counsel Listed Below*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| DANIELLE GAMINO, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> KPC HEALTHCARE HOLDINGS, INC., *et al.*, <br><br> *Defendants*, <br><br> and <br><br> KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN, <br><br> *Nominal Defendant* | Case No.: 5:20-cv-01126-SB-SHK <br><br> **PLAINTIFF'S UNOPPOSED NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: October 20, 2023 <br> Time: 8:30 a.m. <br> Courtroom: 6C |

Notice is hereby given that, on October 20, 2023, at 8:30 a.m. or as soon thereafter as counsel may be heard before Hon. Stanley Blumenfeld, Jr., in Courtroom 6C of the U.S. Courthouse, 350 West 1st Street, Los Angeles, California 90012, Plaintiff Danielle Gamino will and hereby does move the Court to enter an order under Rule 23 of the Federal Rules of Civil Procedure finally approving the Settlement Agreements between Plaintiff and Defendant SPCP Group, LLC ("SPCP") as fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure.

This motion is based on the attached memorandum of law, the proposed order lodged with the Court, the Declaration of Ming Siegel, the Declaration of Kaylie O'Connor, all the pleadings and documents on file with the Court in this action, and further evidence and argument as may be submitted prior to the Court's decision on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3. SPCP does not oppose the relief sought by this motion.

DATED: September 21, 2023

Respectfully submitted,

R. Joseph Barton (SBN 212340)
Colin M. Downes (admitted *pro hac vice*)
Barton & Downes LLP
1633 Connecticut Ave, N.W. Suite 200
Washington, DC 20009
Tel: (202) 734-7046
Email: jbarton@bartondownes.com
Email: colin@bartondownes.com

2

|   |   |
|---|---|
| 1 | Daniel Feinberg (SBN 135983) |
| 2 | Nina Wasow (SBN 242047) |
|   | Darin Ranahan (SBN 273532) |
| 3 | FEINBERG JACKSON WORTHMAN & WASOW LLP |
| 4 | 2030 Addison Street, Suite 500 |
| 5 | Berkeley, CA 94704 |
|   | Tel: (510) 269-7998 |
| 6 | Fax: (510) 269-7994 |
| 7 | Email: dan@feinbergjackson.com |
|   | Email: nina@feinbergjackson.com |
| 8 | Email: darin@feinbergjackson.com |

Richard E. Donahoo (SBN 186957)
Sarah L. Kokonas (SBN 262875)
William E. Donahoo (SBN 322020)
DONAHOO & ASSOCIATES, PC.
440 W. First Street, Suite 101.
Tustin, CA 92780Tel: (714) 953-1010
Email: rdonahoo@donahoo.com
Email: skokonas@donahoo.com
Email: wdonahoo@donahoo.com

Major Khan (admitted *pro hac vice*)
MKLLC LAW
1120 Avenue of the Americas, 4th Fl.
New York, NY 10036
Tel: (646) 546-5664
Email: mk@mk-llc.com

*Attorneys for Plaintiff and the Class*

3