UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE GAMINO,<br><br>    Plaintiff,<br><br>v.<br><br>KPC HEALTHCARE HOLDINGS, INC. et al.,<br><br>    Defendants. | Case No. 5:20-cv-01126-SB-SHK<br><br>FINAL JUDGMENT |

 The Court, having granted Plaintiff's motion for final approval of the class action settlement and litigation fees and costs, hereby enters FINAL JUDGMENT in this action, and ORDERS, ADJUDGES, AND DECREES as follows:

 The Court has personal jurisdiction over the Parties and the Class and subject matter jurisdiction of this action.

 For settlement purposes, the Court finds that Federal Rule of Civil Procedure Rule 23 has been satisfied.

 The Court finds that all of the notice requirements of Class Action Fairness Act (CAFA) set forth in 28 U.S.C. § 1715 have been satisfied.

 The class is finally certified under Rule 23 as:

All participants in the KPC Healthcare, Inc. Employee Stock Ownership Plan from August 28, 2015, through August 31, 2021 (unless they terminated employment without vesting in the ESOP) and those participants' beneficiaries.

Excluded from the class are (a) Defendants in the Action; (b) any fiduciary of the Plan; (c) the officers and directors of KPC Healthcare Holdings, Inc. or of any entity in which one of the individual Defendants has a controlling interest; (d) the immediate family members of any of the foregoing excluded persons; and (e) the legal representatives, successors, and assigns of any such excluded persons.

The releases contained in the Settlement Agreements are expressly incorporated herein in all respects.

The Court has jurisdiction to enter this Final Judgment. Without affecting the finality of judgment in any way, this Court expressly retains exclusive jurisdiction as to all matters relating to (a) enforcement, interpretation and implementation of the Settlement Agreements or the Plans of Allocation; (b) disposition of the Settlement Fund; (c) the payment and division of attorneys' fees and reimbursement of expenses, and (d) administration of the Settlement Fund, and (e) enforcement of any order of this Court.

The case is hereby DISMISSED in its entirety with prejudice.  The parties and class counsel are ordered to carry out the settlement as provided in the Settlement Agreements.

This is a final judgment.

Date: December 13, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge